SACRAMENTO MUNICIPAL UTILITY DISTRICT
OFFICE OF GENERAL COUNSEL
ARLEN ORCHARD (State Bar No. 143015)
STEVEN M. COHN (State Bar No. 88565)
6201 "S" Street
Sacramento, California 95817
Telephone (916) 732-5847
Facsimile (916) 732-6581

BRIGHT AND BROWN
JAMES S. BRIGHT (State Bar No. 65299)
MAUREEN J. BRIGHT (State Bar No. 81589)
BRIAN L. BECKER (State Bar No. 115431)
SHARON M. APODACA (State Bar No. 213798)
550 North Brand Boulevard, Suite 2100
Glendale, California 91203
Telephone: (818) 243-2121
Facsimile: (818) 243-3225

PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (State Bar No. 54752)
JOHN S. POULOS (State Bar No. 154689)
400 Capitol Mall, Suite 1700
Sacramento, California 95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

BRIGHT AND BROWN
555 NORTH BRAND BOULEVARD
SUITE 2100
GLENDALE, CALIFORNIA 91203
(818) 243-2121 (213) 489-1414
FACSIMILE (818) 243-3225

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,

Plaintiff,

vs.

SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,

Defendants.

Case No. 2:05-CV-00583 LKK GGH
Related Case No. 2:05-CV-00617 LKK GGH

STIPULATION AND ORDER RE: SERVICE OF SACRAMENTO MUNICIPAL UTILITY DISTRICT'S ("SMUD") MOTION TO STAY

Date: May 23, 2005
Time: 10:00 a.m.
Crtrm: 4
Judge: Hon. Lawrence K. Karlton

SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district,

Counterclaimant,

v.

FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation; A. TEICHERT & SON, INC., aka TEICHERT CONSTRUCTION, a California corporation,

Counterdefendants.

WHEREAS, on April 25, 2005, SMUD filed with the Court a Notice of Motion and Motion of Sacramento Municipal Utility District to Stay Action in Favor of First-Filed State Court Lawsuit, and set that motion to be heard on May 23, 2005 at 10:00 a.m.; and

WHEREAS, SMUD served that Notice of Motion and all supporting papers upon counsel for Utility Engineering Corporation ("UE") by email transmission and first class mail; and

WHEREAS, all other parties were served by hand on April 25, 2005 with the Notice of Motion and all supporting papers; and

WHEREAS, because UE received the foregoing papers by e-mail 28 days prior to the hearing date, it will be not adversely affected by the fact that it did not receive those papers by hand service; and

WHEREAS, there are three related motions set to be heard by the Court on May 23, 2005 in the case of SMUD v. Fru-Con, Case No. 2:05-CV-00617, to which UE is not a party, and therefore, judicial economy would be served by having the Motion to Stay heard on the noticed date of May 23, 2005:

NOW, THEREFORE, the parties stipulate as follows:

1. Utility Engineering Corporation acknowledges receipt by electronic transmission of the Notice of Motion to Stay and all supporting papers, and further acknowledges that said electronic service was acceptable to UE and effective as of the date it

BRIGHT AND BROWN
555 NORTH BRAND BOULEVARD
SUITE 2100
GLENDALE, CALIFORNIA 91203
(818) 243-2121 (213) 489-1414
FACSIMILE (818) 243-3225

BRIGHT AND BROWN
555 NORTH BRAND BOULEVARD
SUITE 2100
GLENDALE, CALIFORNIA 91203
(818) 243-2121 (213) 489-1414
FACSIMILE (818) 243-3225

was received;

2. Thus, Utility Engineering Corporation has no objection to having SMUD's Motion to Stay heard, as noticed, on May 23, 2005; and

3. Utility Engineering Corporation agrees to submit its own papers respecting the Motion to Stay, if any, pursuant to the applicable briefing schedule, assuming service by hand on April 25, 2005, and a May 23, 2005 hearing date.

PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN
JOHN S. POULOS
400 Capitol Mall, Suite 1700
Sacramento, California 95814-4419

By /s/ John S. Poulos
John S. Poulos
Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

Daniel D. McMillan
Erich R. Luschei
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025

By /s/ Daniel D. McMillan
Daniel D. McMillan
Attorneys for Defendant
UTILITY ENGINEERING CORPORATION

IT IS SO ORDERED.

DATED: April 28, 2005.

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge