Daniel D. McMillan (State Bar No. 135119)
Erich R. Luschei (State Bar No. 125956)
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025
Telephone:   (213) 489-3939
Facsimile:    (213) 243-2539

Attorneys for Defendant
UTILITY ENGINEERING CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRU-CON CONSTRUCTION, | Case No.  2:05-CV-00583-LKK-GGH |
| Plaintiff, | Related Case No. 2-05-CV-00617 LKK GGH |
| v. | **ORDER ON UTILITY ENGINEERING CORPORATION'S *EX PARTE* APPLICATION FOR TWO-WEEK EXTENSION TO RESPOND TO COMPLAINT** |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation, | |
| Defendant. | |

(PROPOSED) ORDER ON UTILITY ENGINEERING CORPORATION'S
EX PARTE APPLICATION FOR TWO-WEEK EXTENSION TO RESPOND
TO COMPLAINT

On May 13, 2005, Defendant Utility Engineering Corporation ("UEC") filed an *ex parte* application for a two-week extension to respond to Fru-Con Corporation's Complaint.

Having read and considered the papers filed in connection with the application, IT IS HEREBY ORDERED THAT UEC's response to the complaint is now due June 1, 2005.

IT IS SO ORDERED.

DATED:  May 17, 2005.

> /s/Lawrence K. Karlton
> Lawrence K. Karlton
> Senior Judge
> U.S. District Court

LAI-2188307v1