EILEEN M. DIEPENBROCK (CA Bar No. 119254)
GENE K. CHEEVER (CA Bar No. 148063)
JENNIFER L. McCREADY (CA Bar No. 179262)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

ROBERT M. MOORE
CHARLIE C.H. LEE
ROBERT D. WINDUS
MOORE & LEE, LLP
Attorneys at Law
1750 Tysons Blvd., Suite 1450
McLean, VA 22102
Phone: 703.506.2050
Fax:    703.506.2051

Attorneys for Plaintiff
FRU-CON CONSTRUCTION CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>    Plaintiff,<br><br> v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,<br><br>    Defendants. | No. 2:05-CV-00583 LKK GGH<br><br>Related Case No. 2:05-CV-00617 LKK GGH<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Judge:  Honorable Lawrence K. Karlton |

SUBSTITUTION OF COUNSEL

1 Plaintiff Fru-Con Construction Corporation ("Fru-Con") hereby substitutes Eileen M. Diepenbrock, Gene K. Cheever and Jennifer L. Dauer McCready of Diepenbrock Harrison, 400 Capitol Mall, Suite 1800, Sacramento, California, 95814 as local co-counsel in the place and stead of Robert W. O'Connor and Sean Thompson of McDonough Holland & Allen, PC. Robert Moore, Charlie Lee, and Robert Windus of Moore & Lee, LLP, will remain co-counsel for Fru-Con.

Dated: May 20, 2005     Fru-Con Construction Company

By: /s/ Clement V. Mitchell
(original signature retained by attorney)
Clement V. Mitchell
Senior Vice President
Fru-Con Construction Company

We consent to the above substitution and to Jennifer McCready electronically signing this document on our behalf.

Dated: May 20, 2005     MCDONOUGH HOLLAND & ALLEN, PC

By /s/ Robert W. O'Connor
Robert W. O'Connor

We accept the above substitution.

Dated: May 20, 2005.     DIEPENBROCK HARRISON

By /s/ Jennifer L. McCready
Jennifer L. McCready

Dated: May 20, 2005.     MOORE & LEE, LLP

By /s/ Robert M. Moore
(authorized on May 20, 2005)
Robert M. Moore

IT IS SO ORDERED

Dated: May 24, 2005.     /s/Lawrence K. Karlton
The Honorable Lawrence K. Karlton

2

SUBSTITUTION OF COUNSEL