1 | Daniel D. McMillan (State Bar No. 135119)
Erich R. Luschei (State Bar No. 125956)
2 | JONES DAY
555 West Fifth Street, Suite 4600
3 | Los Angeles, CA  90013-1025
Telephone:    (213) 489-3939
4 | Facsimile:    (213) 243-2539

5 | Attorneys for Defendant
UTILITY ENGINEERING CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION,<br><br>             Plaintiff,<br><br>       v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,<br><br>             Defendant.<br>_____<br><br>AND RELATED COUNTER-CLAIM. | Case No. 2:05-cv-00583-LKK-GGH (Related to Case No. S-05-617 LKK/GGH)<br><br>**STIPULATION AND ORDER RE ONE-DAY EXTENSION OF TIME FOR FILING OF REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**<br><br>DATE:    July 18, 2005<br>TIME:     10:00 a.m.<br>DEPT.:    Courtroom 4<br>JUDGE:   Hon. Lawrence K. Karlton |

LAI- 2196427v1  Stipulation and [Proposed] Order Re One-Day Extension of Time for Filing of Reply Brief in Support of Motion to Dismiss

2:05-cv-00583-LKK-GGH

Defendant UTILITY ENGINEERING CORP. ("UEC"), hereby submits to the Court, by and through its respective counsel of record, the following stipulation and proposed order regarding a one-day extension of time for the filing of UEC's Reply Memorandum of Points and Authorities in Support of its Motion to Dismiss ("Reply Memorandum").

**WHEREAS**, UEC's Reply Memorandum is due on July 11, 2005;

**WHEREAS**, UEC's counsel tasked with the briefing on UEC's Motion to Dismiss, Erich R. Luschei of Jones Day, is unavailable due to an unexpected personal emergency;

**WHEREAS**, in light of Mr. Luschei's unavailability, UEC requires a one-day extension of time for the filing of its Reply Memorandum; and

**WHEREAS**, plaintiff FRU-CON CONSTRUCTION CORPORATION consents to the requested extension, as evidenced by its signature below.

**NOW, THEREFORE,** the parties, through their respective counsel, hereby stipulate:

1. The filing due date for UEC's Reply Memorandum shall be extended one day to July 12, 2005.

Dated: July 11, 2005                     JONES DAY

                                         By: /s/ Daniel D. McMillan
                                             Daniel D. McMillan

                                         Counsel for Defendant
                                         UTILITY ENGINEERING CORPORATION


Dated: July 11, 2005                     MOORE & LEE, LLP

                                         By: /s/ Robert M. Moore
                                             Robert M. Moore

                                         Counsel for Plaintiff
                                         FRU-CON CONSTRUCTION
                                         CORPORATION

LAI-2196427v1  Stipulation and [Proposed] Order
Re One-Day Extension of Time for Filing of
Reply Brief in Support of Motion to Dismiss          2                          2:05-cv-00583-LKK-GGH

## **ORDER**

Good cause appearing, the Court hereby approves the stipulation and orders that the filing due date for defendant Utility Engineering Corp.'s Reply Memorandum of Points and Authorities in Support of its Motion to Dismiss shall be extended one day to July 12, 2005.

Dated: July 11, 2005

/s/Lawrence K. Karlton
Honorable Lawrence K. Karlton
United States District Court

LAI-2196427v1  Stipulation and [Proposed] Order
Re One-Day Extension of Time for Filing of
Reply Brief in Support of Motion to Dismiss          3                              2:05-cv-00583-LKK-GGH