SACRAMENTO MUNICIPAL UTILITY DISTRICT
OFFICE OF GENERAL COUNSEL
ARLEN ORCHARD (State Bar No. 143015)
STEVEN M. COHN (State Bar No. 88565)
6201 "S" Street
Sacramento, California  95817
Telephone  (916) 732-5847
Facsimile  (916) 732-6581

BRIGHT AND BROWN
JAMES S. BRIGHT (State Bar No. 65299)
MAUREEN J. BRIGHT (State Bar No. 81589)
BRIAN L. BECKER (State Bar No. 115431)
SHARON M. APODACA (State Bar No. 213798)
550 North Brand Boulevard, Suite 2100
Glendale, California 91203
Telephone:  (818) 243-2121
Facsimile:  (818) 243-3225

PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (State Bar No. 54752)
JOHN S. POULOS (State Bar No. 154689)
400 Capitol Mall, Suite 1700
Sacramento, California 95814-4419
Telephone:  (916) 329-4700
Facsimile:  (916) 441-3583

Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,<br><br>Defendants. | Case No. 2:05-CV-00583 LKK GGH<br><br>STIPULATION AND ORDER SETTING OF STATUS CONFERENCE ON JULY 18, 2005<br><br>Date:   July 18, 2005<br>Time:   10:00 a.m.<br>Crtrm:  4<br>Judge:  Hon. Lawrence K. Karlton |

BRIGHT AND BROWN
555 NORTH BRAND BOULEVARD
SUITE 2100
GLENDALE, CALIFORNIA 91203
(818) 243-2121  (213) 489-1414
FACSIMILE (818) 243-3225

| | |
|---|---|
| 1 | ) |
| 2 | SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district, ) ) ) |
| 3 | Counterclaimant, ) ) |
| 4 | v. ) ) |
| 5 | FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation; ) ) |
| 6 | A. TEICHERT & SON, INC., aka TEICHERT CONSTRUCTION, a California corporation, ) ) |
| 7 | ) Counterdefendants. ) |
| 8 | ) |

WHEREAS, a status conference was initially scheduled to take place in the above-captioned matter on June 6, 2005, but was taken off-calendar by the Court pending the hearing on the Sacramento Municipal Utility District's ("District") Motion to Stay; and

WHEREAS, the Court denied the District's Motion to Stay without prejudice; and

WHEREAS, the parties agree it would be productive to place the status conference back on-calendar; and

WHEREAS, Defendant Utility Engineering ("UE") has filed a motion to dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, which is scheduled to be heard by the Court on the morning of July 18; and

WHEREAS, counsel for plaintiff Fru-Con Construction is located in Virginia and counsel for the District and UE are located in Los Angeles, and will have to travel to Sacramento to attend the hearing on UE's motion to dismiss and also to attend the status conference, whenever it is scheduled;

NOW, THEREFORE, the parties stipulate as follows:

1. The status conference in the above-captioned matter shall be re-scheduled for July 18, 2005 at __:__ p.m. in Courtroom 4.

SIGNATURES TO FOLLOW ON NEXT PAGE

PILLSBURY WINTHROP SHAW PITTMAN LLP
Philip S. Warden
John S. Poulos
400 Capitol Mall, Suite 1700
Sacramento, California 95814-4419


By     /s/ John S. Poulos
        John S. Poulos
Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT


Daniel D. McMillan
Erich R. Luschei
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025


By     /s/ Daniel D. McMillan
        Daniel D. McMillan
Attorneys for Defendant
UTILITY ENGINEERING CORPORATION


Eileen Diepenbrock
Gene K. Cheever
Jennifer L. McReady
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, CA  95815


By     /s/ Eileen Diepenbrock
        Eileen Diepenbrock
Attorneys for Plaintiff
FRU-CON CONSTRUCTION CORPORATION


SIGNATURES TO FOLLOW ON NEXT PAGE

BRIGHT AND BROWN
555 NORTH BRAND BOULEVARD
SUITE 2100
GLENDALE, CALIFORNIA 91203
(818) 243-2121  (213) 489-1414
FACSIMILE (818) 243-3225

D. Michael Schoenfeld
V. Blair Shahbazian
J. Scott Alexander
MURPHY AUSTIN ADAMS SCHOENFELD LLP
1000 G Street, Third Floor
Sacramento, CA  95812


By  /s/ D. Michael Schoenfeld
D. Michael Schoenfeld
Attorneys for Defendant
A. TEICHERT & SON


Robert M. Moore
Charlie C.H. Lee
Robert D. Windus
MOORE & LEE LLP
1750 Tysons Blvd., Suite 1450
McLean, VA  22102


By  /s/ Robert M. Moore
Robert M. Moore
Attorneys for Defendant
FRU-CON CONSTRUCTION CORPORATION

Good cause appearing, the court hereby ORDERS that:

1.  This matter is now set for Status Conference on July 18, 2005 at the conclusion of the court's regularly scheduled law and motion calendar which begins at 10:00 a.m.; and

2.  The parties are directed to e-file Status Reports not later than noon on Friday, July 15, 2005.

/s/Lawrence K. Karlton
Hon. Lawrence K. Karlton
Senior Judge