EILEEN M DIEPENBROCK (119254)
GENE K. CHEEVER  (148063)
JENNIFER DAUER McCREADY (179262)
CHRIS A. McCANDLESS (210085)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA  95814
Phone: (916) 492-5000
Fax:    (916) 446.4535

ROBERT M. MOORE (VA Bar No. 22455)
CHARLIE C.H. LEE (VA Bar No. 30410)
ROBERT D. WINDUS (DC Bar No. 436660)
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia 22102
Telephone: (703) 506.2050
Facsimile: (703) 506.2051

Attorneys for Defendant
FRU-CON CONSTRUCTION CORPORATION
and Counterclaim Defendant A. TEICHERT & SON, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,<br><br>Defendants.<br>_____<br>AND RELATED COUNTERCLAIM.<br>_____ | No. 2:05-CV-00583 LKK GGH<br><br>**SUBSTITUTION OF COUNSEL**<br><br>Judge:  Hon. Lawrence K. Karlton |

Counterclaim Defendant A. TEICHERT & SON, INC. ("Teichert") hereby substitutes

Eileen  M. Diepenbrock, Gene K. Cheever, Jennifer Dauer McCready, and Chris

1

1  McCandless of Diepenbrock Harrison, 400 Capitol Mall, Suite 1800, Sacramento, California,

2  95814 as local co-counsel in the place and stead of D. Michael Schoenfeld and V. Blair

3  Shahbazian of  Murphy Austin Adams Schoenfeld LLP.  Teichert also substitutes in as its

4  co-counsel Robert Moore, Charlie Lee, and Robert Windus of Moore & Lee, LLP,

5  previously admitted *pro hac vice* in this matter as representing Fru-Con Construction

6  Corporation.

7  Dated:  August 25, 2005          A. TEICHERT & SON, INC.

8

9                         By:      /s/ Kenneth J. McCurdy

                        Kenneth J. McCurdy, Assistant Secretary

10              (original signature retained by Jennifer L. McCready)

11      We consent to the above substitution and to Jennifer McCready electronically signing

12  this document on our behalf.

13  Dated:  August 24, 2005          MURPHY AUSTIN ADAMS
                          SCHOENFELD LLP

14

15                       By      /s/ D. Michael Schoenfeld

                        D. Michael Schoenfeld

16

17      We accept the above substitution.

18  Dated:  August 30, 2005.         DIEPENBROCK HARRISON
                          A Professional Corporation

19                       By      /s/ Jennifer L. McCready

20                        Jennifer L. McCready

21      We accept the above substitution and consent to Jennifer McCready electronically

22  signing this document on our behalf.

23  Dated:  August 30, 2005.         MOORE & LEE, LLP

24

25                       By      /s/ Robert Moore

                        Robert Moore

26      IT IS SO ORDERED

27  Dated: September 1, 2005.        /s/Lawrence K. Karlton
                          The Honorable Lawrence K. Karlton

28