IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION CORPORATION,

     Plaintiff,                                 CIV. NO. S-05-0583 LKK GGH

     vs.

SACRAMENTO MUNICIPAL
UTILITY DISTRICT, et al,

     Defendants.                          ORDER
_____/

        Previously pending on the district court's calendar for October 11, 2005, was Sacramento Municipal Utility District's ("SMUD") renewed motion for stay or in the alternative for continuance of the trial date, filed September 13, 2005. After hearing the motion, Judge Karlton directed the parties to appear before the undersigned regarding scheduling of discovery and, if necessary, revision of scheduled dates. After hearing, the court issues the following summary order.

        Accordingly, IT IS ORDERED that:

        1. The parties are to meet and confer regarding the preparation of a comprehensive discovery plan and scheduling order on or before October 25, 2005; and

\\\\\

1

1    2.  The parties shall file a joint statement regarding that plan which sets forth their
2    areas of agreement and disagreement by November 2, 2005.
3    DATED: 10/12/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

6    GGH:076:Fru-Con583.sum.wpd