UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION CORPORATION,

        Plaintiff,

    v.

SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; and UTILITY ENGINEERING CORPORATION, a Texas corporation,

        Defendants.
_____/

NO. CIV. S-05-583 LKK/GGH

O R D E R

    SMUD's motion to stay is DENIED as there are no new grounds for reconsideration of the previous order denying stay. The motion is denied without prejudice but the court will view with great skepticism any renewed motion to stay not founded upon substantial new evidence and the court will impose sanctions if it is forced to review a clearly meritless renewal.

////

////

////

1

1    As discussed at argument, the motion for continuation of the
2 trial date has been referred to Magistrate Judge Hollows for
3 further proceedings.
4    IT IS SO ORDERED.
5    DATED: October 12, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT