SACRAMENTO MUNICIPAL UTILITY DISTRICT
OFFICE OF GENERAL COUNSEL
ARLEN ORCHARD (State Bar No. 143015)
STEVEN M. COHN (State Bar No. 88565)
6201 "S" Street
Sacramento, CA 95817
Telephone: (916) 732-5847
Facsimile: (916) 732-6581

BRIGHT AND BROWN
JAMES S. BRIGHT (State Bar No. 65299)
MAUREEN J. BRIGHT (State Bar No. 81589)
BRIAN L. BECKER (State Bar No. 115431)
SHARON M. APODACA (State Bar No. 213798)
550 North Brand Boulevard, Suite 2100
Glendale, CA 91203
Telephone: (818) 243-2121
Facsimile: (818) 243-3225

PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (State Bar No. 54752)
JOHN S. POULOS (State Bar No. 154689)
400 Capitol Mall, Suite 1700
Sacramento, California 95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

FILED
NOV - 3 2005
CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,

　　　　　Plaintiff,

　　v.

SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,

　　　　　Defendants.

AND RELATED COUNTERCLAIM

Case No. 2:05-CV-00583 LKK GGH

STIPULATION AND ORDER FOR PROTECTIVE ORDER BETWEEN FRU-CON CONSTRUCTION CORPORATION AND SACRAMENTO MUNICIPAL UTILITY DISTRICT

Judge: Hon. Lawrence K. Karlton

1  WHEREAS, during the course of this litigation, Plaintiff FRU-CON CONSTRUCTION
2  CORPORATION and Defendant SACRAMENTO MUNICIPAL UTILITY DISTRICT
3  (collectively, the "Parties") hereto may seek to obtain discovery of information which the party
4  from whom discovery is sought considers to be confidential, private and/or proprietary in nature,
5  such as a trade secret, or other confidential research, development, commercial, or personnel
6  information; and

7  WHEREAS, the purpose of this stipulation is to ensure all information produced by the
8  Parties in this action and in the parallel state action (as defined in Exhibit A) will be used by the
9  Parties solely for the purposes of prosecuting and/or defending this action and the parallel state
10  action and for no other purpose; and

11  NOW, THEREFORE, upon consideration of the record and proceedings herein and pursuant
12  to the provisions of Federal Rules of Civil Procedure, Rule 26(c), the Parties hereby stipulate to the
13  terms of the Protective Order attached hereto as Exhibit A.

1  Dated: October 31, 2005.

2  DIEPENBROCK HARRISON

3  MOORE & LEE, LLP

4

5  By _____

6  Attorneys for Plaintiff
   FRU-CON CONSTRUCTION CORPORATION
7

8  Dated: October 31, 2005.

9

10 SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL

11 BRIGHT AND BROWN

12 PILLSBURY WINTHROP SHAW PITTMAN LLP

13

14 By _____

15 Attorneys for Defendant
   SACRAMENTO MUNICIPAL UTILITY DISTRICT
16

17

18
    Nov. 3, 2005
19

20  IT IS SO ORDERED. **        GREGORY G. HOLLOWS

21  _____
    Gregory G. Hollows
22  U.S. Magistrate Judge

23

24  ** See also concurrently filed order of the undersigned.

25

26

27

28

600022663v1                         - 3 -           STIPULATION AND ORDER FOR PROTECTIVE
                                                    ORDER BETWEEN FRU-CON & SMUD
                                                    Case No. 2:05-CV-00583 LKK GGH