1  `SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL
2  ARLEN ORCHARD (State Bar No. 143015)
   STEVEN M. COHN (State Bar No. 88565)
3  6201 "S" Street
   Sacramento, CA 95817
4  Telephone: (916) 732-6121
   Facsimile: (916) 732-6581
5
   BRIGHT AND BROWN
6  JAMES S. BRIGHT (State Bar No. 65299)
   MAUREEN J. BRIGHT (State Bar No. 81589)
7  BRIAN L. BECKER (State Bar No. 115431)
   SHARON M. APODACA (State Bar No. 213798)
8  550 North Brand Boulevard, Suite 2100
   Glendale, CA 91203
9  Telephone: (818) 243-2121
   Facsimile: (818) 243-3225
10
   PILLSBURY WINTHROP SHAW PITTMAN LLP
11 PHILIP S. WARDEN (State Bar No. 54752)
   JOHN S. POULOS (State Bar No. 154689)
12 CHRISTOPHER R. RODRIGUEZ (State Bar No. 212274)
   400 Capitol Mall, Suite 1700
13 Sacramento, California 95814-4419
   Telephone: (916) 329-4700
14 Facsimile: (916) 441-3583

15 Attorneys for Defendant and Counterclaimant
   SACRAMENTO MUNICIPAL UTILITY DISTRICT
16

17 WATT, TIEDER, HOFFAR & FITZGERALD, LLP
   ROBERT C. NIESLEY, ESQ. (State Bar No. 131373)
18 BENNETT J. LEE, ESQ. (State Bar No. 230482)
   Citigroup Center
19 One Sansome Street, Suite 1050
   San Francisco, California 94104
20 Telephone: (415) 623-7000
   Facsimile: (415) 623-7001
21
   Attorneys for Plaintiff
22 TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

23

24                     UNITED STATES DISTRICT COURT

25                    EASTERN DISTRICT OF CALIFORNIA

26                          SACRAMENTO DIVISION

27

28

600099167v1                          - 1 -

STIPULATION AND PROPOSED ORDER RE:
AMENDMENT OF PLEADINGS AND WITHDRAWAL
OF MOTION TO DISMISS
Case No.: 2:05-S-05-0583 LKK GGH

| | | |
|---|---|---|
| 1 | FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation, | ) ) ) |
| 2 | Plaintiff, | ) ) |
| 3 | v. | ) ) |
| 4 | SACRAMENTO MUNICIPAL UTILITY DISTRICT, a California municipal utility district; and UTILITY ENGINEERING CORPORATION, a Texas corporation | ) ) ) ) |
| 5 | | ) ) |
| 6 | Defendants. | ) ) |
| 7 | | ) ) |
| 8 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | ) ) ) |
| 9 | | ) |
| 10 | Plaintiff, | ) ) |
| 11 | v. | ) ) |
| 12 | SACRAMENTO MUNICIPAL UTILITY DISTRICT, a California municipal utility district, | ) ) ) |
| 13 | | ) |
| 14 | Defendant. | ) ) |

CASE NO.. S:05-0583-LKK GGH

(Lead Consolidated Case)

STIPULATION AND ORDER RE: AMENDMENT OF PLEADINGS AND WITHDRAWAL OF MOTION TO DISMISS

Hearing Date: January 17, 2006
Time: 10:00 a.m.
Courtroom: 4

The Honorable Lawrence K. Karlton

CASE NO.: CIV: S-05-1961 LKK/GGH

15  Defendant and Counterclaimant Sacramento Municipal Utility District (the "District")

16  and Plaintiff and Counterdefendant Travelers Casualty and Surety Company of America

17  ("Travelers") hereby submit the following stipulation and proposed order:

18  WHEREAS, on September 28, 2005, Travelers filed a complaint against the District

19  alleging a cause of action for declaratory relief;

20  WHEREAS, on October 19, 2005, the District responded by filing and answer and

21  counterclaim alleging a first cause of action for declaratory relief, a second cause of action

22  for breach of contract, a third cause of action for breach of the covenant of good faith and fair

23  dealing and a fourth cause of action alleging a claim for breach of contract separate and

24  distinct from the second cause of action;

25  WHEREAS, on November 21, 2005, Travelers filed a motion to dismiss the District's

26  third and fourth causes of action;

27  NOW THEREFORE, the parties stipulate and agree as follows:

28

600099167v1 - 2 -

STIPULATION AND PROPOSED ORDER RE:
AMENDMENT OF PLEADINGS AND WITHDRAWAL
OF MOTION TO DISMISS
Case No.: 2:05-S-05-0583 LKK GGH

1. Travelers' motion to dismiss is withdrawn and taken off-calendar;

2. Travelers shall have leave to file an amended complaint against the District in the form attached hereto as Exhibit A, which Travelers shall file no later than December 30, 2005;

3. The District shall file an amended answer and counterclaim against Travelers in the form attached hereto as Exhibit B, which the District shall file no later than January 6, 2006;

4. Travelers shall file an answer to the District's amended counterclaim filing, no later than January 13, 2006; and

5. Travelers and the District shall bear their own fees and costs associated with this stipulation, Travelers' motion to dismiss and the filing of amended pleadings.

Dated:  December 29, 2005.

SACRAMENTO MUNICIPAL UTILITY DISTRICT
OFFICE OF GENERAL COUNSEL

BRIGHT AND BROWN

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ John S. Poulos
John S. Poulos
Pillsbury Winthrop Shaw Pittman LLP
Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

WATT, TIEDER, HOFFAR & FITZGERALD, LLP

By: /s/ Robert C. Niesley
Robert C. Niesley, Esq.
Bennett J. Lee, Esq.
Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

IT IS SO ORDERED.

DATED:  January 6, 2006.

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge

600099167v1 - 3 -

STIPULATION AND PROPOSED ORDER RE:
AMENDMENT OF PLEADINGS AND WITHDRAWAL
OF MOTION TO DISMISS
Case No.: 2:05-S-05-0583 LKK GGH