1  EILEEN M DIEPENBROCK (CA Bar No. 119254)
   GENE K. CHEEVER (CA Bar No. 148063)
2  JENNIFER L. McCREADY (CA Bar No. 179262)
   DIEPENBROCK HARRISON
3  A Professional Corporation
   400 Capitol Mall, Suite 1800
4  Sacramento, CA 95814
   Telephone: (916) 492-5000
5  Facsimile:  (916) 446-4535

6  ROBERT M. MOORE  (VA Bar No. 22455)
   CHARLIE C.H. LEE  (VA Bar No. 30410)
7  ROBERT D. WINDUS  (DC Bar No. 436660)
   MOORE & LEE, LLP
8  Attorneys at Law
   1750 Tysons Blvd., Suite 1450
9  McLean, VA 22102
   Telephone: (703) 506-2050
10 Facsimile:  (703) 506-2051

11 Attorneys for Plaintiff and Counterdefendant
   FRU-CON CONSTRUCTION CORPORATION
12

13 SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL
14 ARLEN ORCHARD (State Bar No. 143015)
   STEVEN M. COHN (State Bar No. 88565)
15 6201 "S" Street
   Sacramento, California 95817
16 Telephone  (916) 732-5847
   Facsimile  (916) 732-6581
17
   BRIGHT AND BROWN
18 JAMES S. BRIGHT (State Bar No. 65299)
   MAUREEN J. BRIGHT (State Bar No. 81589)
19 BRIAN L. BECKER (State Bar No. 115431)
   SHARON M. APODACA (State Bar No. 213798)
20 550 North Brand Boulevard, Suite 2100
   Glendale, California 91203
21 Telephone: (818) 243-2121
   Facsimile: (818) 243-3225
22
   PILLSBURY WINTHROP SHAW PITTMAN LLP
23 PHILIP S. WARDEN (State Bar No. 54752)
   JOHN S. POULOS (State Bar No. 154689)
24 400 Capitol Mall, Suite 1700
   Sacramento, California 95814-4419
25 Telephone: (916) 329-4700
   Facsimile: (916) 441-3583
26
   Attorneys for Defendant and Counterclaimant
27 SACRAMENTO MUNICIPAL UTILITY DISTRICT

28

0

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>   Plaintiff,<br><br> v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; *et al.*<br><br>   Defendants. | Lead Case No. 2:05-CV-00583 LKK GGH<br><br>**STIPULATION AND PROPOSED ORDER RE SUPPLEMENTING INTERROGATORY RESPONSES**<br><br>Judge: Hon. Lawrence K. Karlton |

1

Plaintiff Fru-Con Construction Corporation ("Fru-Con") and Counter-Defendant A. Teichert & Son, Inc. ("Teichert"), and Defendant and Counter-claimant Sacramento Municipal Utility District ("District") are filing this Stipulation with respect to this Court's Supplemental Order, dated November 30, 2005, in which this Court ordered the parties to supplement their prior interrogatory responses, as appropriate, by July 7, 2006. By this Stipulation, Fru-Con, Teichert, and the District hereby agree to extend the deadline to serve supplemental interrogatory responses, as appropriate, to July 14, 2006. Fru-Con, Teichert, and the District request that this Court enter an order revising the November 30 Supplemental Order accordingly.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record: Diepenbrock Harrison, Jennifer L. McCready for Plaintiff Fru-Con and Counter-defendant Teichert; Bright and Brown, Brian L. Becker for Defendant and Counter-claimant District; that the deadline to serve supplemental interrogatory responses, as appropriate, shall be July 14, 2006. All other dates to remain unchanged.

Dated: June 23, 2006.

DIEPENBROCK HARRISON
A Professional Corporation

By: */s/ Jennifer L. McCready*
Jennifer L. McCready
Attorneys for Plaintiff
Fru-Con Construction Corporation and
Counter-defendant A. Teichert & Son, Inc.

Dated: June 23, 2006.

BRIGHT AND BROWN

By: */s/ Brian L. Becker*
Brian L. Becker
Attorneys for Defendant and
Counter-claimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

(Signature authorized on June 23, 2006)

2

1  IT IS HEREBY ORDERED that the deadline to serve supplemental interrogatory
2  responses, as appropriate, is extended to July 14, 2006.

4  Dated: June ___, 2006

                                    GREGORY G. HOLLOWS
                                    _____
                                    GREGORY G. HOLLOWS
                                    U.S. MAGISTRATE JUDGE

6  Frucon.ord