IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION CORPORATION,

    Plaintiff,                                  CIV. NO. S-05-0583 LKK GGH

    vs.

SACRAMENTO MUNICIPAL                 <u>ORDER</u>
UTILITY DISTRICT, et al,

    Defendants.
_____/

        SMUD shall file no later than August 3, 2006, a statement concerning whether a consultant associated with Huffman-Broadway or CH2M Hill testified in connection with CEC proceedings, *or* submitted, or had submitted on their belief, reports, investigations, opinion letters and the like in the CEC proceedings, or to other persons/entities participating in the CEC proceedings, where such reports, etc., were prepared in whole or in part by a person(s) associated with the above two consultant firms.  That is, no distinction should be made whether the report, etc., appears under Huffman-Broadway letterhead or SMUD letterhead, or counsel letterhead or some other letterhead.

DATED: 7/28/06                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH:ggh:035
frucon.smud

1