SACRAMENTO MUNICIPAL UTILITY DISTRICT
OFFICE OF GENERAL COUNSEL
ARLEN ORCHARD (State Bar No. 143015)
STEVEN M. COHN (State Bar No. 88565)
6201 "S" Street
Sacramento, CA 95817
Telephone:  (916) 732-6121
Facsimile:  (916) 732-6581

BRIGHT AND BROWN
JAMES S. BRIGHT (State Bar No. 65299)
MAUREEN J. BRIGHT (State Bar No. 81589)
BRIAN L. BECKER (State Bar No. 115431)
SHARON M. APODACA (State Bar No. 213798)
550 North Brand Boulevard, Suite 2100
Glendale, CA  91203
Telephone:  (818) 243-2121
Facsimile:  (818) 243-3225

PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (State Bar No. 54752)
JOHN S. POULOS (State Bar No. 154689)
CHRISTOPHER R. RODRIGUEZ (State Bar No. 212274)
400 Capitol Mall, Suite 1700
Sacramento, California 95814-4419
Telephone:  (916) 329-4700
Facsimile:  (916) 441-3583

Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

WATT, TIEDER, HOFFAR & FITZGERALD, LLP
ROBERT C. NIESLEY, ESQ. (State Bar No. 131373)
BENNETT J. LEE, ESQ. (State Bar No. 230482)
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, California 94104
Telephone:  (415) 623-7000
Facsimile:  (415) 623-7001

Attorneys for Plaintiff
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| 1 | | |
| 2 | FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation, | ) ) ) CASE NO. 05-CV-0583-LKK/GGH |
| 3 | | ) (Lead Consolidated Case) |
| 4 | Plaintiff, | ) ) |
| 5 | v. | ) STIPULATION AND ORDER ) REGARDING EXPERT DISCOVERY |
| 6 | SACRAMENTO MUNICIPAL UTILITY DISTRICT, a California municipal utility district; and UTILITY ENGINEERING CORPORATION, a Texas corporation | ) ) ) ) ) ) |
| 9 | Defendants. | ) ) |
| 10 | | ) |
| 11 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | ) CASE NO. 05-CV-1961-LKK/GGH ) ) ) |
| 13 | Plaintiff, | ) ) |
| 14 | v. | ) |
| 15 | SACRAMENTO MUNICIPAL UTILITY DISTRICT, a California municipal utility district, | ) ) ) ) |
| 17 | Defendant. | ) ) |
| 18 | | ) |

Defendant and counterclaimant SACRAMENTO MUNICIPAL UTILITY DISTRICT (the "District") and plaintiffs and counter-defendants Fru-Con Construction Corporation ("Fru-Con") and Travelers Casualty & Surety Company of America, Inc. ("Travelers"), (collectively, the "Parties") hereby enter into the following stipulation to request that the Court modify its November 18, 2005 Discovery Plan Order (the "Discovery Plan Order").

WHEREAS, the Parties have been operating under the Discovery Plan Order to complete non-expert depositions no later than September 15, 2006;

WHEREAS, the Discovery Plan Order requires the Parties to disclose their respective experts and expert reports no later than September 1, 2006;

WHEREAS, the Discovery Plan Order requires the Parties to disclose their respective rebuttals to the expert reports no later than September 20, 2006;

WHEREAS, the Parties believe that concluding non-expert depositions prior to disclosing their respective expert reports will be beneficial to the Parties and to administration of the case;

WHEREAS, the Parties have represented that each side (the District on one side and Fru-Con and Travelers on the other side) anticipates identifying 5-10 testifying experts; and

WHEREAS, the Parties do not intend to nor are they requesting that the January 18, 2007 close of discovery be extended;

NOW THEREFORE IT IS HEREBY STIPULATED by and between the District, Fru-Con and Travelers as follows:

1. The Parties will disclose their respective experts and expert reports no later than September 29, 2006 (rather than September 1, 2006), via overnight delivery;

2. The Parties will disclose their respective rebuttals to the expert reports no later than October 30, 2006 (rather than September 20, 2006), via overnight delivery;

3. The Parties hereby remove and delete the opportunity to disclose reply reports as set forth in the Court's Discovery Plan Order and no such reports will be allowed;

4. Expert depositions shall not commence until after the Parties have disclosed their respective rebuttals to the expert reports, but the Parties shall complete all expert depositions on or before December 22, 2006;

5. The Parties will not set depositions or motions or otherwise transact case business with an opposing party from December 23, 2006 through January 3, 2007 (the "Dark Week").

| | | |
|---|---|---|
| 3 | Dated: August __, 2006 | BRIGHT AND BROWN<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>400 Capitol Mall, Suite 1700<br>Sacramento, CA  95814-4419 |

7   By _____/s/ Brian L. Becker_____
          Attorneys for
8         SACRAMENTO MUNICIPAL UTILITY DISTRICT

9   Dated: August __, 2006     DIEPENBROCK HARRISON
10                              MOORE & LEE, LLP

12  By _____/s/ Charlie C.H. Lee_____
          Attorneys for
13        FRU-CON CONSTRUCTION CORPORATION

14  Dated: August __, 2006     WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
15                              One Sansome Street, Suite 1050
                                San Francisco, CA 94104

17
18  By _____/s/ Bennett J. Lee_____
          Attorneys for
          TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
19

20  IT IS SO ORDERED.
21
22  Dated: 8/22/06              /s/ Gregory G. Hollows

23                              _____
                                JUDGE GREGORY G. HOLLOWS
24  Frucon.expdscy