IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION CORPORATION,

     Plaintiff,                               CIV. NO. S-05-0583 LKK GGH

     vs.

SACRAMENTO MUNICIPAL                    ORDER
UTILITY DISTRICT, et al,

     Defendants.
_____/

        The court is in receipt of the parties letter, filed August 22, 2006, in which the parties request that the court revise its order, filed August 22, 2006, to conform to the proposed stipulation and order submitted by the parties on August 16, 2006, insofar as it proposed that the parties "will endeavor to complete all expert depositions on or before December 22, 2006," and did not propose to change the discovery cutoff of January 18, 2007.  The order as filed, requiring the parties to complete all expert depositions by December 22, 2006, will not be amended.  The proposed stipulation permitted the parties to agree to an unenforceable deadline.  The proposal also allowed for the possibility of disputes to arise on the eve of the discovery cutoff.  For these reasons, the parties' request is denied.  If extraordinary circumstances exist, and they must be extraordinary circumstances, the parties may request an extension of time on a case by case basis.

1       Accordingly, IT IS ORDERED that the parties' request for modification of the

2 order, filed August 22, 2006, is denied.

3 DATED: 8/28/06                            /s/ Gregory G. Hollows

4                                      GREGORY G. HOLLOWS
                                     U. S. MAGISTRATE JUDGE

5 GGH:076
Fru-Con0583.stp.wpd

2