| | |
|---|---|
| 1 | SACRAMENTO MUNICIPAL UTILITY DISTRICT<br>OFFICE OF GENERAL COUNSEL |
| 2 | ARLEN ORCHARD (State Bar No. 143015)<br>STEVEN M. COHN (State Bar No. 88565) |
| 3 | 6201 "S" Street<br>Sacramento, CA 95817 |
| 4 | Telephone: (916) 732-5847<br>Facsimile: (916) 732-6581 |



FILED
SEP - 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

```
 5
    BRIGHT AND BROWN
 6  JAMES S. BRIGHT (State Bar No. 65299)
    MAUREEN J. BRIGHT (State Bar No. 81589)
 7  BRIAN L. BECKER (State Bar No. 115431)
    SHARON M. APODACA (State Bar No. 213798)
 8  550 North Brand Boulevard, Suite 2100
    Glendale, CA  91203
 9  Telephone: (818) 243-2121
    Facsimile: (818) 243-3225
10
    PILLSBURY WINTHROP SHAW PITTMAN LLP
11  PHILIP S. WARDEN (State Bar No. 54752)
    JOHN S. POULOS (State Bar No. 154689)
12  CHRISTOPHER R. RODRIGUEZ (State Bar No. 212274)
    400 Capitol Mall, Suite 1700
13  Sacramento, California 95814-4419
    Telephone: (916) 329-4700
14  Facsimile: (916) 441-3583

15  Attorneys for Defendant and Counterclaimant
    SACRAMENTO MUNICIPAL UTILITY DISTRICT
16
    EILEEN M. DIEPENBROCK (CA Bar No. 119254)
17  GENE K. CHEEVER (CA Bar No. 148063)
    JENNIFER L. McCREADY (CA Bar No. 179262)
18  DIEPENBROCK HARRISON
    A Professional Corporation
19  400 Capitol Mall, Suite 1800
    Sacramento, CA 95814
20  Telephone: (916) 492-5000
    Facsimile: (916) 446-4535
21
    ROBERT M. MOORE
22  CHARLIE C.H. LEE
    ROBERT D. WINDUS
23  JONATHAN A. BELDON
    MOORE & LEE, LLP
24  Attorneys at Law
    1750 Tysons Blvd., Suite 1450
25  McLean, VA 22102
    Telephone: (703) 506-2050
26  Facsimile: (703) 506-2051

27  Attorneys for Plaintiff
    FRU-CON CONSTRUCTION CORPORATION
28
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:05-CV-0583-LKK/GGH<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF HEARING ON MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS**<br><br>Date:　　　September 7, 2006<br>Time:　　　10:00 a.m.<br>Courtroom: 24<br>Magistrate Judge: Gregory G. Hollows |

Sacramento Municipal Utility District (the "District") and Fru-Con Construction Corporation ("Fru-Con") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, Mr. Lucas Mallory, a former Fru-Con employee, was deposed by the District on June 15-16 and July 13-14, 2006;

WHEREAS, Mr. Sam Shannon, a former and current Fru-Con employee, was deposed by the District on June 26-27, 29-30 and July 20-21, 2006;

WHEREAS, Mr. Bob Maso, a former Fru-Con employee, was deposed by the District on August 5-6, 2006;

WHEREAS, on August 10, 2006, the District filed a Motion to Compel Further Deposition Testimony, and Production of Related Documents, from Messrs. Mallory, Shannon and Maso (the "Motion to Compel"); and

WHEREAS, the Motion to Compel is currently scheduled to be heard on September 7, 2006;

///

///

///

1     IT IS HEREBY STIPULATED by and between the District and Fru-Con as follows:

2     The hearing date on the Motion to Compel shall be continued until September 14,

3   2006 at 10:00 a.m.

4   Dated: September 1, 2006.     SACRAMENTO MUNICIPAL UTILITY DISTRICT
OFFICE OF GENERAL COUNSEL

5

6     BRIGHT AND BROWN

7     PILLSBURY WINTHROP SHAW PITTMAN LLP

8     By    \s\ John S. Poulos

9     John S. Poulos
Attorneys for Plaintiff
SACRAMENTO MUNICIPAL UTILITY DISTRICT

10   Dated: September 1, 2006.     DIEPENBROCK HARRISON

11

12     MOORE & LEE, LLP

13

14     By    \s\ Charlie C.H. Lee
    Charlie C.H. Lee
Attorneys for Defendants

15     FRU-CON CONSTRUCTION CORPORATION and
A. TEICHERT & SON, INC.

16

17     (As Authorized by Counsel on September 1, 2006)

18

19   IT IS SO ORDERED.

  Dated: _____, 2006     GREGORY G. HOLLOWS

20

21     MAGISTRATE GREGORY G. HOLLOWS

22

23

24

25

26

27

28

600190427v1    - 3 -

STIPULATION AND ORDER RE CONTINUANCE OF HEARING ON MOTION TO COMPEL