1  SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL
2  ARLEN ORCHARD (State Bar No. 143015)
   STEVEN M. COHN (State Bar No. 88565)
3  6201 "S" Street
   Sacramento, CA 95817
4  Telephone: (916) 732-5847
   Facsimile: (916) 732-6581
5
   BRIGHT AND BROWN
6  JAMES S. BRIGHT (State Bar No. 65299)
   MAUREEN J. BRIGHT (State Bar No. 81589)
7  BRIAN L. BECKER (State Bar No. 115431)
   SHARON M. APODACA (State Bar No. 213798)
8  550 North Brand Boulevard, Suite 2100
   Glendale, CA 91203
9  Telephone: (818) 243-2121
   Facsimile: (818) 243-3225
10
   PILLSBURY WINTHROP SHAW PITTMAN LLP
11 PHILIP S. WARDEN (State Bar No. 54752)
   JOHN S. POULOS (State Bar No. 154689)
12 CHRISTOPHER R. RODRIGUEZ (State Bar No. 212274)
   400 Capitol Mall, Suite 1700
13 Sacramento, California 95814-4419
   Telephone: (916) 329-4700
14 Facsimile: (916) 441-3583

15 Attorneys for Defendant and Counterclaimant
   SACRAMENTO MUNICIPAL UTILITY DISTRICT

16

17 EILEEN M. DIEPENBROCK (CA Bar No. 119254)
   GENE K. CHEEVER (CA Bar No. 148063)
   JENNIFER L. McCREADY (CA Bar No. 179262)
18 DIEPENBROCK HARRISON
   A Professional Corporation
19 400 Capitol Mall, Suite 1800
   Sacramento, CA 95814
20 Telephone: (916) 492-5000
   Facsimile: (916) 446-4535
21
   ROBERT M. MOORE
22 CHARLIE C H. LEE
   ROBERT D. WINDUS
23 JONATHAN A. BELDON
   MOORE & LEE, LLP
24 Attorneys at Law
   1750 Tysons Blvd., Suite 1450
25 McLean, VA 22102
   Telephone: (703) 506-2050
26 Facsimile: (703) 506-2051

27 Attorneys for Plaintiffs and Counter Defendants
   FRU-CON CONSTRUCTION CORPORATION
28 and A. TEICHERT & SON, INC.

FILED
SEP - 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:05-CV-0583-LKK/GGH<br><br>STIPULATION AND ORDER RE: WITHDRAWAL OF MOTION TO COMPEL FURTHER DEPOSITION TESTIMONY AND PRODUCTION OF DOCUMENTS<br><br>Date:       September 14, 2006<br>Time:      10:00 a.m.<br>Courtroom: 24<br>Magistrate Judge: Gregory G. Hollows |

Sacramento Municipal Utility District (the "District") and Fru-Con Construction Corporation ("Fru-Con") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, Mr. Lucas Mallory, a former Fru-Con employee, was deposed by the District on June 15-16 and July 13-14, 2006;

WHEREAS, Mr. Sam Shannon, a former and current Fru-Con employee, was deposed by the District on June 26-27, 29-30 and July 20-21, 2006;

WHEREAS, Mr. Bob Maso, a former Fru-Con employee, was deposed by the District on August 5-6, 2006;

WHEREAS, during the depositions of Messrs. Mallory, Shannon and Maso, counsel for Fru-Con and counsel for the District disagreed with respect to the application of the attorney-client privilege and work product doctrine to certain events, communications and/or documents;

WHEREAS, on August 10, 2006, the District filed a Motion to Compel Further Deposition Testimony, and Production of Related Documents, from Messrs. Mallory, Shannon and Maso (the "Motion to Compel");

1  WHEREAS, since the time that the District filed its Motion to Compel, the Parties
2  have engaged in additional meet and confer; and
3  WHEREAS, Fru-Con disputes the Motion to Compel filed by the District, but in the
4  interests of compromise to avoid the necessity of another hearing in this case, the Parties
5  have agreed to stipulate as set forth herein;
6  IT IS HEREBY STIPULATED by and between the District and Fru-Con as follows:
7  (1)  Fru-Con will make Mr. Lucas Mallory available for deposition, at a mutually
8  convenient date and time, at the office of Pillsbury Winthrop Shaw Pittman LLP, located at
9  400 Capitol Mall, Suite 1700, Sacramento, Ca. 95814 (the "Pillsbury Office");
10  (2)  Mr. Mallory's deposition will be limited to questions (that have not already
11  been asked and answered) relating to documents produced to the District during and/or after
12  the deposition of Mr. Mallory which took place on June 15-16 and July 13-14, 2006 and
13  questions relating to events post-February 2005;
14  (3)  Fru-Con will make Mr. Sam Shannon available for deposition, at a mutually
15  convenient date and time, at the Pillsbury Office or, in the event Mr. Shannon's health
16  prohibits him from traveling, in Virginia, in which case Fru-Con will pay for the reasonable
17  expenses and actual fees incurred by the District to travel to Virginia;
18  (4)  Mr. Shannon's deposition will be limited to questions (that have not already
19  been asked and answered) relating to documents produced during and/or after the
20  deposition of Mr. Shannon which took place on June 26-27, 29-30 and July 20-21, 2006,
21  questions relating to the meeting(s) Mr. Shannon attended with Mr. Earle Hardgrave and
22  two Billinger Berger AG representatives pre-February 2005 (if any), and questions relating
23  to non-privileged or work-product protected events post-February 2005;
24  (5)  Within five (5) days of this Order, and prior to Mr. Shannon's deposition,
25  Fru-Con will conduct a good faith search for the summary of "Sam's Place" that Mr. Sam
26  Shannon referenced in his deposition and will produce any such document to the extent it
27  has not already been produced to the District and to the extent such document ever existed
28  in hardcopy or electronic format, and will produce any other documents in any way related

1 to the Project that Mr. Shannon created or participated in creating that have not yet been
2 produced to the District, including without limitation those created after February 11, 2005
3 (other than those that constitute attorney work product);

4     (6)    Fru-Con will make Mr. Bob Maso available for deposition, at a mutually
5 convenient date and time, at the Pillsbury Office or at a mutually convenient location, in
6 which case Fru-Con will pay for the reasonable expenses and actual fees incurred by the
7 District to travel to the mutually convenient location;

8     (7)    Mr. Maso's deposition will be limited to questions (that have not already
9 been asked and answered) relating to documents produced during and/or after the
10 deposition of Mr. Maso which took place on August 5-6, 2006 and questions relating to
11 events post-February 2005;

12     (8)    As soon as practicable and in any event prior to Mr. Maso's deposition, Fru-
13 Con will conduct a good faith search for Mr. Maso's calendar/day planner or such similar
14 documents that Mr. Maso created or participated in creating that have not yet been
15 produced to the District, and Fru-Con agrees to produce any such documents, to the extent
16 they exist, to the District within five (5) days of Fru-Con's receipt thereof from Mr. Maso;

17     (9)    The District hereby acknowledges that Fru-Con is not in any way waiving its
18 rights to assert the attorney-client privilege nor work product protection at the herein
19 described depositions;

20     (10)    The District shall withdraw its Motion to Compel, which was scheduled to
21 be heard by this Court on September 14, 2006; and

22     (11)    It is understood and agreed that the depositions will occur as expeditiously
23 as possible but that due to health, work and other issues, some or all of the above
24 depositions may occur after the September 15, 2006 cut-off for fact depositions;

25     (12)    Within three (3) days of receipt of the above described documents or Fru-
26 Con's written representation that such documents do not exist or cannot be located despite a
27 good faith search, or in the case of Mr. Mallory by September 15, 2006, the District agrees
28 to inform Fru-Con in writing whether it will take the continued depositions of these

1 | individuals and the agreed-upon dates for such depositions.

2 | Dated: September 7, 2006.  SACRAMENTO MUNICIPAL UTILITY DISTRICT
                                OFFICE OF GENERAL COUNSEL

3

                                BRIGHT AND BROWN
4
                                PILLSBURY WINTHROP SHAW PITTMAN LLP
5

6                               By      /s/ John S. Poulos
                                        John S. Poulos
7                               Attorneys for Defendant and Counterclaimant
                                SACRAMENTO MUNICIPAL UTILITY DISTRICT
8

9 | Dated: September 7, 2006.  DIEPENBROCK HARRISON

10                              MOORE & LEE, LLP

11

12                              By      /s/ Charlie C.H. Lee
                                        Charlie C.H. Lee
13                              Attorneys for Plaintiffs and Counter Defendants
                                FRU-CON CONSTRUCTION CORPORATION and
14                              A. TEICHERT & SON, INC.

15 | IT IS SO ORDERED.

16 | Dated: Sept 8, 2006         GREGORY G. HOLLOWS

17                              MAGISTRATE GREGORY G. HOLLOWS

18

19

20

21

22

23

24

25

26

27

28