1   SACRAMENTO MUNICIPAL UTILITY DISTRICT
    OFFICE OF GENERAL COUNSEL
2   ARLEN ORCHARD (State Bar No. 143015)
    STEVEN M. COHN (State Bar No. 88565)
3   6201 "S" Street
    Sacramento, CA 95817
4   Telephone: (916) 732-5847
    Facsimile: (916) 732-6581
5
    BRIGHT AND BROWN
6   JAMES S. BRIGHT (State Bar No. 65299)
    MAUREEN J. BRIGHT (State Bar No. 81589)
7   BRIAN L. BECKER (State Bar No. 115431)
    SHARON M. APODACA (State Bar No. 213798)
8   550 North Brand Boulevard, Suite 2100
    Glendale, CA 91203
9   Telephone: (818) 243-2121
    Facsimile: (818) 243-3225

10
    PILLSBURY WINTHROP SHAW PITTMAN LLP
11  PHILIP S. WARDEN (State Bar No. 54752)
    JOHN S. POULOS (State Bar No. 154689)
12  CHRISTOPHER R. RODRIGUEZ (State Bar No. 212274)
    400 Capitol Mall, Suite 1700
13  Sacramento, California 95814-4419
    Telephone: (916) 329-4700
14  Facsimile: (916) 441-3583

15  Attorneys for Defendant and Counterclaimant
    SACRAMENTO MUNICIPAL UTILITY DISTRICT

16

17  EILEEN M. DIEPENBROCK (CA Bar No. 119254)
    GENE K. CHEEVER (CA Bar No. 148063)
18  JENNIFER L. McCREADY (CA Bar No. 179262)
    DIEPENBROCK HARRISON
19  A Professional Corporation
    400 Capitol Mall, Suite 1800
20  Sacramento, CA 95814
    Telephone: (916) 492-5000
21  Facsimile: (916) 446-4535

22  ROBERT M. MOORE
    CHARLIE C.H. LEE
23  ROBERT D. WINDUS
    JONATHAN A. BELDON
24  MOORE & LEE, LLP
    Attorneys at Law
25  1750 Tysons Blvd., Suite 1450
    McLean, VA 22102
26  Telephone: (703) 506-2050
    Facsimile: (703) 506-2051

27

28

**FILED**

SEP – 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1    ROBERT C. NIESLEY (CA Bar No. 131373)
     BENNETT J. LEE (CA Bar No. 230482)
2    MICHAEL R. GANDEE (CA Bar No. 167032)
     WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
3    Citigroup Center
     One Sansome Street, Suite 1050
4    San Francisco, CA 94104
     Telephone: (415) 623-7000
5    Facsimile: (415) 623-7001

6    Attorneys for Plaintiffs and Counter Defendants
     FRU-CON CONSTRUCTION CORPORATION
7    and TRAVELERS CASUALTY AND SURETY
     COMPANY OF AMERICA

8
                     UNITED STATES DISTRICT COURT
9       EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11    FRU-CON CONSTRUCTION          Case No. 2:05-CV-0583-LKK/GGH
     CORPORATION, a Missouri corporation,
12
                           STIPULATION AND ORDER RE:
13          Plaintiff,             CONTINUING STATUS CONFERENCE

14          v.                    Date:    September 14, 2006
                           Time:    10:00 a.m.
15    SACRAMENTO MUNICIPAL UTILITY    Courtroom: 24
     DISTRICT, a municipal utility district;    Magistrate Judge: Gregory G. Hollows
     UTILITY ENGINEERING CORPORATION,
16    a Texas corporation,

17          Defendants.

18
     AND RELATED COUNTERCLAIM
19

20       Sacramento Municipal Utility District (the "District"), Fru-Con Construction

21    Corporation ("Fru-Con"), A. Teichert & Sons ("Teichert") and Travelers Casualty and

22    Surety Company of America ("Travelers") (collectively, the "Parties") hereby stipulate and

23    agree as follows:

24       WHEREAS, this Court's Discovery Plan Order, dated November 18, 2005, (the

25    "Discovery Plan Order") requires the Parties to meet before Judge Hollows on September

26    14, 2006 at 10:00 a.m. in Courtroom 24 "in order to assess progress made, resolve

27    difficulties and make further scheduling orders, e.g., setting of expert's depositions" (the

28

600191349v1          - 2 -

1   "Status Conference");

2   WHEREAS, the Discovery Plan Order requires that "[o]ne week prior to the

3   conference, each party shall file a report characterizing the progress of its discovery, and

4   shall set forth problems with require resolution, including a proposed scheduling of

5   depositions" ("Status Reports");

6   WHEREAS, the Parties have agreed to continue the Status Conference to October

7   19, 2006; and

8   WHEREAS, the Parties have agreed to file their respective Status Reports one week

9   prior to the Status Conference;

10   IT IS HEREBY STIPULATED by and between the District, Fru-Con, Teichert and

11   Travelers as follows:

12   1.   The Status Conference, currently scheduled for September 14, 2006, will

13   take place on October 19, 2006 at 10:00 a.m. in Courtroom 24; and

14   2.   The Parties' respective Status Reports, currently due on September 7, 2006,

15   will be filed no later than October 12, 2006.

16
    Dated: September 6, 2006.                SACRAMENTO MUNICIPAL UTILITY DISTRICT
17                                           OFFICE OF GENERAL COUNSEL

18                                           BRIGHT AND BROWN

19                                           PILLSBURY WINTHROP SHAW PITTMAN LLP

20
                                             By _     /s/ John S. Poulos
21                                                       John S. Poulos
                                             Attorneys for Defendant and Counterclaimant
22                                           SACRAMENTO MUNICIPAL UTILITY DISTRICT

23

24

25

26

27

28

600191349v1                         - 3 -

1   Dated: September 6, 2006.          DIEPENBROCK HARRISON

2                                      MOORE & LEE, LLP

3

4                                      By _____ /s/ Charlie C.H. Lee _____
                                             Charlie C.H. Lee
5                                      Attorneys for Plaintiffs and Counter Defendants
                                       FRU-CON CONSTRUCTION CORPORATION and
6                                      A. TEICHERT & SON, INC.

7                                      (As Authorized by Counsel on September 6, 2006)

8
    Dated: September 6, 2006.          WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
9

10                                     By _____ /s/ Michael R. Gandee _____
                                              Michael R. Gandee
11                                     Attorneys for Plaintiffs and Counter Defendants
                                       TRAVELERS CASUALTY AND SURETY
12                                     COMPANY OF AMERICA

13                                     (As Authorized by Counsel on September 6, 2006)

14  IT IS SO ORDERED.

15  Dated: Sept·8   , 2006             GREGORY G. HOLLOWS

16                                     MAGISTRATE GREGORY G. HOLLOWS

17

18

19

20

21

22

23

24

25

26

27

28

    600191349v1                           - 4 -