


FILED

SEP 1 9 2006

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL
2  ARLEN ORCHARD (State Bar No. 143015)
   STEVEN M. COHN (State Bar No. 88565)
3  6201 "S" Street
   Sacramento, CA 95817
4  Telephone: (916) 732-5847
   Facsimile: (916) 732-6581
5
   BRIGHT AND BROWN
6  JAMES S. BRIGHT (State Bar No. 65299)
   MAUREEN J. BRIGHT (State Bar No. 81589)
7  BRIAN L. BECKER (State Bar No. 115431)
   SHARON M. APODACA (State Bar No. 213798)
8  550 North Brand Boulevard, Suite 2100
   Glendale, CA 91203
9  Telephone: (818) 243-2121
   Facsimile: (818) 243-3225
10
   PILLSBURY WINTHROP SHAW PITTMAN LLP
11 PHILIP S. WARDEN (State Bar No. 54752)
   JOHN S. POULOS (State Bar No. 154689)
12 CHRISTOPHER R. RODRIGUEZ (State Bar No. 212274)
   400 Capitol Mall, Suite 1700
13 Sacramento, California 95814-4419
   Telephone: (916) 329-4700
14 Facsimile: (916) 441-3583

15 Attorneys for Defendant and Counterclaimant
   SACRAMENTO MUNICIPAL UTILITY DISTRICT
16

17 EILEEN M. DIEPENBROCK (CA Bar No. 119254)
   GENE K. CHEEVER (CA Bar No. 148063)
18 JENNIFER L. McCREADY (CA Bar No. 179262)
   DIEPENBROCK HARRISON
19 A Professional Corporation
   400 Capitol Mall, Suite 1800
20 Sacramento, CA 95814
   Telephone: (916) 492-5000
21 Facsimile: (916) 446-4535

22 ROBERT M. MOORE
   CHARLIE C.H. LEE
   ROBERT D. WINDUS
23 JONATHAN A. BELDON
   MOORE & LEE, LLP
24 Attorneys at Law
   1750 Tysons Blvd., Suite 1450
25 McLean, VA 22102
   Telephone: (703) 506-2050
26 Facsimile: (703) 506-2051

27

28

ROBERT C. NIESLEY (CA Bar No. 131373)
BENNETT J. LEE (CA Bar No. 230482)
MICHAEL R. GANDEE (CA Bar No. 167032)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 623-7000
Facsimile: (415) 623-7001

Attorneys for Plaintiffs and Counter Defendants
FRU-CON CONSTRUCTION CORPORATION, A. TEICHERT & SONS, INC.
and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:05-CV-0583-LKK/GGH<br><br>**STIPULATION AND ORDER RE: DEPOSITION OF KEVIN LYBECK**<br><br>Magistrate Judge: Gregory G. Hollows |

Sacramento Municipal Utility District (the "District"), Fru-Con Construction Corporation ("Fru-Con"), A. Teichert and Sons, Inc. ("Teichert") and Travelers Casualty and Surety Company of America (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, Travelers agreed to make its' person most knowledgeable on multiple topics, Kevin Lybeck, available for deposition on August 21, 2006;

WHEREAS, Mr. Lybeck unexpectedly became ill and had to undergo surgery, which prevented him from being available for his deposition;

1   WHEREAS, Mr. Lybeck's medical condition will prevent him from being available
2   for his deposition prior to the fact witness discovery cut-off date of September 15, 2006;
3   and

4   WHEREAS, Mr. Lybeck is expected to be medically able to attend the deposition in
5   or around October 2006;

6   IT IS HEREBY STIPULATED by and between the District, Fru-Con, Teichert and
7   Travelers as follows:

8   (1)   Travelers will make Mr. Lybeck available for deposition at a date and time
9   that is mutually convenient to the Parties once Mr. Lybeck is medically able to attend the
10  deposition, which the Parties anticipate being in or around October 2006.

11  Dated: September 14, 2006.        SACRAMENTO MUNICIPAL UTILITY DISTRICT
                                      OFFICE OF GENERAL COUNSEL
12
                                      BRIGHT AND BROWN
13
                                      PILLSBURY WINTHROP SHAW PITTMAN LLP
14

15                                    By _____/s/ John S. Poulos_____
                                              John S. Poulos
16                                    Attorneys for Defendant and Counterclaimant
                                      SACRAMENTO MUNICIPAL UTILITY DISTRICT
17

18  Dated: September 14, 2006.        DIEPENBROCK HARRISON
19                                    MOORE & LEE, LLP
20                                    WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
21

22                                    By _____/s/ Robert C. Niesley_____
                                              Robert C. Niesley
23                                    Attorneys for Plaintiffs and Counter Defendants
                                      FRU-CON CONSTRUCTION CORPORATION,
24                                    A. TEICHERT & SON, INC. and TRAVELERS
                                      CASUALTY AND SURETY COMPANY OF
25                                    AMERICA

26                                    (As Authorized by Counsel on 9/14/06)

27

28

1   IT IS SO ORDERED.

2   Dated: Sep. 18, 2006

GREGORY G. HOLLOWS
_____
MAGISTRATE GREGORY G. HOLLOWS

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

600193335v1                        - 4 -                        Case No. 05-CV-0583
                                                               STIPULATION AND ORDER
                                                               RE DEPOSITION OF KEVIN LYBECK