1  ROBERT C. NIESLEY (CA Bar No. 131373)
   BENNETT J. LEE (CA Bar No. 230482)
2  MICHAEL R. GANDEE (CA Bar No. 167032)
   WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
3  One Sansome Street, Suite 1050
   San Francisco, CA 94104
4  Telephone: (415) 623-7000
   Facsimile:  (415) 623-7001
5
   EILEEN M. DIEPENBROCK (CA Bar No. 119254)
6  GENE K. CHEEVER (CA Bar No. 148063)
   JENNIFER K. McCREADY (CA Bar No. 179262)
7  DIEPENBROCK HARRISON, APC
   400 Capitol Mall, Suite 1800
8  Sacramento, CA 95814
   Telephone: (916) 492-5000
9  Facsimile:  (916) 446-4533

10 ROBERT M. MOORE (VA Bar No. 22455)
   CHARLIE C.H. LEE (VA Bar No. 30410)
11 ROBERT D. WINDUS (DC Bar No. 436660)
   MOORE & LEE, LLP
12 1750 Tysons Boulevard, Suite 1450
   McLean, VA 22102
13 Telephone: (703) 506-2050
   Facsimile:  (703) 506-2051
14
   **Attorneys for Plaintiff and Counterdefendant,**
15 **FRU-CON CONSTRUCTION CORPORATION**

16 * * * * *

17 SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL
18 ARLEN ORCHARD (CA No. 143015)
   STEVEN M. COHN (CA Bar No. 88565)
19 6201 "S" Street
   Sacramento, CA 95817
20 Telephone (916) 732-5847
   Facsimile  (916) 732-6581
21
   JAMES S. BRIGHT (CA Bar No. 65299)
22 MAUREEN J. BRIGHT (CA Bar No. 81589)
   BRIAN L. BECKER (CA Bar No. 115431)
23 SHARON M. APODACA (CA Bar No. 213798)
   BRIGHT AND BROWN
24 550 North Brand Boulevard, Suite 2100
   Glendale, CA 91203
25 Telephone: (818) 243-2121
   Facsimile: (818) 243-3225
26

27 ///

28 ///

PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (CA Bar No. 54752)
JOHN S. POULOS (CA Bar No. 154689)
400 Capitol Mall, Suite 1700
Sacramento, CA 95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

**Attorneys for Defendant and Counterclaimant**
**SACRAMENTO MUNICIPAL UTILITY DISTRICT**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation, <br><br> Plaintiff, <br><br> v. <br><br> SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation, <br><br> Defendants. <br><br> AND ALL CONSOLIDATED ACTIONS. | LEAD CASE NO. 2:05-CV-00583 LKK/GGH <br> C/W CASE NO. 2:05-CV-01961 LKK/GGH <br><br> **STIPULATION AND ORDER RE CONTINUATION OF DEPOSITION OF PERFORMANCE MECHANICAL, INC.** <br><br> Magistrate Judge: Gregory G. Hollows |

Sacramento Municipal Utility District (the "District"), Fru-Con Construction Corporation ("Fru-Con") and Performance Mechanical, Inc. ("PMI") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, PMI produced Michael Teague as its witness in response to the 30(b)(6) deposition notice that was served on PMI by Fru-Con;

WHEREAS, Mr. Teague's deposition commenced on September 6, 2006;

WHEREAS, on September 8, 2006, before the completion of his deposition, Mr. Teague was notified, via emergency phone call, that his son, who was serving with the United States Military in Afghanistan, had been shot and was being transported to Germany for medical treatment;

1   WHEREAS, after receipt of the news about his son being shot, Mr. Teague's deposition was
2   immediately stopped as he was not in condition to continue with the deposition, and he requested to
3   immediately return home to be with his family;

4   WHEREAS, PMI's counsel, Dean Christopherson, has agreed to produce Mr. Teague for the
5   completion of PMI's deposition when Mr. Teague is available and able to complete the deposition;

6   WHEREAS, the Parties anticipate being able to complete this deposition in one additional
7   day of deposition and by no later than October 2006;

8   IT IS HEREBY STIPULATED by and between the Parties as follows:

9   When Mr. Teague is available and able to complete his deposition, PMI will produce Mr.
10  Teague to complete PMI's deposition at a mutually convenient date and time to the Parties, which
11  the Parties anticipate will occur by no later than the end of October 2006.

12  DATED: September 15, 2006        WATT, TIEDER, HOFFAR
13                                   & FITZGERALD, L.L.P.

14                                   By: /s/ Michael Gandee (as authorized on 9/15/06)
                                         Michael R. Gandee, Esq.
15                                       Attorneys for FRU-CON CONSTRUCTION
                                         CORPORATION
16

17  DATED: September 15, 2006        DAWE & CHRISTOPHERSON LLP

18                                   By: /s/ Dean Christopherson (as authorized on 9/15/06)
                                         Dean A. Christopherson, Esq.
19                                       Attorneys for PERFORMANCE
                                         MECHANICAL, INC.
20

21  DATED: September 15, 2006        PILLSBURY WINTHROP SHAW PITTMAN, LLP
22

23                                   By: /s/ John Poulos (as authorized on 9/15/06)
                                         John S. Poulos, Esq.
24                                       Attorneys for SACRAMENTO
                                         MUNICIPAL UTILITY DISTRICT
25

26  IT IS SO ORDERED.
27  DATED: September 3, 2006         GREGORY G. HOLLOWS
                                     ──────────────────────────────
28                                   MAGISTRATE GREGORY G. HOLLOWS

#107780

3
STIPULATION AND ORDER RE CONTINUATION OF DEPOSITION OF PMI