1  SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL
2  ARLEN ORCHARD (State Bar No. 143015)
   STEVEN M. COHN (State Bar No. 88565)
3  6201 "S" Street
   Sacramento, CA 95817
4  Telephone: (916) 732-5847
   Facsimile: (916) 732-6581
5
   BRIGHT AND BROWN
6  JAMES S. BRIGHT (State Bar No. 65299)
   MAUREEN J. BRIGHT (State Bar No. 81589)
7  BRIAN L. BECKER (State Bar No. 115431)
   SHARON M. APODACA (State Bar No. 213798)
8  550 North Brand Boulevard, Suite 2100
   Glendale, CA 91203
9  Telephone: (818) 243-2121
   Facsimile: (818) 243-3225
10
   PILLSBURY WINTHROP SHAW PITTMAN LLP
11 PHILIP S. WARDEN (State Bar No. 54752)
   JOHN S. POULOS (State Bar No. 154689)
12 CHRISTOPHER R. RODRIGUEZ (State Bar No. 212274)
   400 Capitol Mall, Suite 1700
13 Sacramento, California 95814-4419
   Telephone: (916) 329-4700
14 Facsimile: (916) 441-3583

15 Attorneys for Defendant and Counterclaimant
   SACRAMENTO MUNICIPAL UTILITY DISTRICT
16
   EILEEN M. DIEPENBROCK (CA Bar No. 119254)
17 GENE K. CHEEVER (CA Bar No. 148063)
   JENNIFER L. McCREADY (CA Bar No. 179262)
18 DIEPENBROCK HARRISON
   A Professional Corporation
19 400 Capitol Mall, Suite 1800
   Sacramento, CA 95814
20 Telephone: (916) 492-5000
   Facsimile: (916) 446-4535
21
   ROBERT M. MOORE
22 CHARLIE C.H. LEE
   ROBERT D. WINDUS
23 JONATHAN A. BELDON
   MOORE & LEE, LLP
24 Attorneys at Law
   1750 Tysons Blvd., Suite 1450
25 McLean, VA 22102
   Telephone: (703) 506-2050
26 Facsimile: (703) 506-2051

27

28

```
 1  ROBERT C. NIESLEY (CA Bar No. 131373)
    BENNETT J. LEE (CA Bar No. 230482)
 2  MICHAEL R. GANDEE (CA Bar No. 167032)
    WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
 3  Citigroup Center
    One Sansome Street, Suite 1050
 4  San Francisco, CA 94104
    Telephone: (415) 623-7000
 5  Facsimile: (415) 623-7001

 6  Attorneys for Plaintiffs and Counter Defendants
    FRU-CON CONSTRUCTION CORPORATION, A. TEICHERT & SONS, INC.
 7  and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:05-CV-0583-LKK/GGH<br><br>**STIPULATION AND ORDER RE: DEPOSITION OF KEVIN LYBECK**<br><br>Magistrate Judge: Gregory G. Hollows |

Sacramento Municipal Utility District (the "District"), Fru-Con Construction Corporation ("Fru-Con"), A. Teichert and Sons, Inc. ("Teichert") and Travelers Casualty and Surety Company of America (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, Travelers agreed to make its' person most knowledgeable on multiple topics, Kevin Lybeck, available for deposition on August 21, 2006;

WHEREAS, Mr. Lybeck unexpectedly became ill and had to undergo surgery, which prevented him from being available for his deposition;

1    WHEREAS, Mr. Lybeck's medical condition will prevent him from being available
2    for his deposition prior to the fact witness discovery cut-off date of September 15, 2006;
3    and
4    WHEREAS, Mr. Lybeck is expected to be medically able to attend the deposition in
5    or around October 2006;
6    IT IS HEREBY STIPULATED by and between the District, Fru-Con, Teichert and
7    Travelers as follows:
8    (1)    Travelers will make Mr. Lybeck available for deposition at a date and time
9    that is mutually convenient to the Parties once Mr. Lybeck is medically able to attend the
10    deposition, which the Parties anticipate being in or around October 2006.

Dated: September 14, 2006.

SACRAMENTO MUNICIPAL UTILITY DISTRICT
OFFICE OF GENERAL COUNSEL

BRIGHT AND BROWN

PILLSBURY WINTHROP SHAW PITTMAN LLP

By _____/s/ John S. Poulos_____
John S. Poulos
Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

Dated: September 14, 2006.

DIEPENBROCK HARRISON

MOORE & LEE, LLP

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.

By _____/s/ Robert C. Niesley_____
Robert C. Niesley
Attorneys for Plaintiffs and Counter Defendants
FRU-CON CONSTRUCTION CORPORATION,
A. TEICHERT & SON, INC. and TRAVELERS
CASUALTY AND SURETY COMPANY OF
AMERICA

(As Authorized by Counsel on 9/14/06)

1  IT IS SO ORDERED.

2  Dated: Dec-3, 2006

GREGORY G. HOLLOWS
_____
MAGISTRATE GREGORY G. HOLLOWS