1  EILEEN M DIEPENBROCK (CA Bar No. 119254)
   JENNIFER L. McCREADY (CA Bar No. 179262)
2  DIEPENBROCK HARRISON
   A Professional Corporation
3  400 Capitol Mall, Suite 1800
   Sacramento, CA 95814
4  Telephone: (916) 492-5000
   Facsimile: (916) 446-4535
5
   ROBERT M. MOORE  (VA Bar No. 22455)
6  CHARLIE C.H. LEE  (VA Bar No. 30410)
   ROBERT D. WINDUS  (DC Bar No. 436660)
7  MOORE & LEE, LLP
   Attorneys at Law
8  1750 Tysons Blvd., Suite 1450
   McLean, VA 22102
9  Telephone: (703) 506-2050
   Facsimile:  (703) 506-2051
10
   Attorneys for Plaintiff and Counterdefendant
11 FRU-CON CONSTRUCTION CORPORATION and
   Counterdefendant A. TEICHERT & SON
12

13 SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL
14 ARLEN ORCHARD (State Bar No. 143015)
   STEVEN M. COHN (State Bar No. 88565)
15 6201 "S" Street
   Sacramento, California 95817
16 Telephone  (916) 732-5847
   Facsimile  (916) 732-6581
17
   BRIGHT AND BROWN
18 JAMES S. BRIGHT (State Bar No. 65299)
   MAUREEN J. BRIGHT (State Bar No. 81589)
19 BRIAN L. BECKER (State Bar No. 115431)
   SHARON M. APODACA (State Bar No. 213798)
20 550 North Brand Boulevard, Suite 2100
   Glendale, California 91203
21 Telephone: (818) 243-2121
   Facsimile: (818) 243-3225
22
   PILLSBURY WINTHROP SHAW PITTMAN LLP
23 PHILIP S. WARDEN (State Bar No. 54752)
   JOHN S. POULOS (State Bar No. 154689)
24 400 Capitol Mall, Suite 1700
   Sacramento, California 95814-4419
25 Telephone: (916) 329-4700
   Facsimile: (916) 441-3583
26
   Attorneys for Defendant and Counterclaimant
27 SACRAMENTO MUNICIPAL UTILITY DISTRICT

28

0

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P
ROBERT C. NIESLEY (CA Bar No. 131373)
BENNETT J. LEE (CA Bar No. 230482)
MICHAEL R. GANDEE (CA Bar No. 167032)
One Sansome Street, Suite 1050
San Francisco, California 94104
Telephone: (415) 623-7000
Facsimile: (415) 623-7001

Attorneys for Plaintiff and Counterdefendant
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; *et al.*<br><br>Defendants.<br><br>AND ALL CONSOLIDATED ACTIONS | Lead Case No. 2:05-CV-00583 LKK GGH<br>C/W Case No. 2:05-CV-01961 LKK GGH<br><br>**STIPULATION AND PROPOSED ORDER RE SUPPLEMENTING INTERROGATORY RESPONSES**<br><br>Judge: Hon. Lawrence K. Karlton |

Plaintiff and Counterdefendant Fru-Con Construction Corporation ("Fru-Con") Counterdefendant A. Teichert & Son, Inc. ("Teichert"), Plaintiff and Counterdefendant Travelers Casualty and Surety Company of America ("Travelers"), and Defendant and Counterclaimant Sacramento Municipal Utility District ("District") are filing this Stipulation with respect to this Court's Supplemental Order, dated November 30, 2005, in which this Court ordered the parties to supplement their prior interrogatory responses, as appropriate, by October 16, 2006. By this Stipulation, Fru-Con, Teichert, Travelers, and the District hereby agree to extend the deadline to serve supplemental interrogatory responses, as appropriate, to October 23, 2006. Fru-Con, Teichert, Travelers, and the

1

1  District request that this Court enter an order revising the November 30 Supplemental
2  Order accordingly.
3      IT IS HEREBY STIPULATED by and between the parties hereto through their
4  respective attorneys of record: Diepenbrock Harrison, Jennifer L. McCready for Plaintiff
5  and Counterdefendant Fru-Con and Counterdefendant Teichert; Watt, Tieder, Hoffar &
6  Fitzgerald, Michael Gandee for Plaintiff and Counterdefendant Travelers; Pillsbury
7  Winthrop Shaw Pittman, John S. Poulos for Defendant and Counterclaimant District; that
8  the deadline to serve supplemental interrogatory responses, as appropriate, shall be October
9  23, 2006. All other dates to remain unchanged.

10  Dated: October 11, 2006.      DIEPENBROCK HARRISON
    A Professional Corporation

    By:  /s/ Jennifer L. McCready
    Jennifer L. McCready
    Attorneys for Plaintiff and Counterdefendant
    Fru-Con Construction Corporation and
    Counterdefendant A. Teichert & Son, Inc.

16  Dated: October 11, 2006.      WATT, TIEDER, HOFFAR & FITZGERALD

    By:  /s/ Michael R. Gandee
    Michael R. Gandee
    Attorneys for Plaintiff and Counterdefendant
    Travelers Casualty & Surety Co. of America

    (Signature authorized on October 11, 2006)

22  Dated: October 11, 2006.      PILLSBURY WINTHROP SHAW PITTMAN

    By:  /s/ John S. Poulos
    John S. Poulos
    Attorneys for Defendant and
    Counterclaimant
    Sacramento Municipal Utility District

    (Signature authorized on October 11, 2006)

1      IT IS HEREBY ORDERED that the deadline to serve supplemental interrogatory
2  responses, as appropriate, is extended to October 23, 2006.
3
4  Dated: October 16, 2006                       GREGORY G. HOLLOWS
5                                                                 GREGORY G. HOLLOWS
                                                               U.S. MAGISTRATE JUDGE