PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (State Bar No. 54752)
JOHN S. POULOS (State Bar No. 154689)
400 Capitol Mall, Suite 1700
Sacramento, California 95814-4419
Telephone: (916) 329-4700
Facsimile: (916) 441-3583

Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district,<br><br>Defendant.<br><br>AND ALL CONSOLIDATED ACTIONS. | Case No. 2:05-CV-00583 LKK GGH<br><br>STIPULATION AND ORDER REGARDING PERCIPIENT EXPERT DEPOSITION OF SAMUEL D. SHANNON |

Fru-Con Construction Corporation ("Fru-Con") and Sacramento Municipal Utility District ("SMUD") hereby stipulate and agree as follows:

WHEREAS, expert depositions are required to be concluded by December 22, 2006,

WHEREAS, all discovery closes on January 18, 2007,

WHEREAS, Fru-Con designated Samuel D. Shannon as a percipient expert witness,[1]

WHEREAS, Mr. Shannon is currently undergoing aggressive treatment for cancer,

WHEREAS, Mr. Shannon has lost a considerable amount of weight and does not have the physical stamina to give a deposition prior to December 22, 2006,

---

[1] Mr. Shannon has already been deposed for multiple days as a fact witness in July, 2006.

1

STIPULATION AND ORDER RE PERCIPIENT EXPERT DEPOSITION OF SAMUEL D. SHANNON

1    WHEREAS, counsel for SMUD has indicated that it needs two days to conclude
2  Mr. Shannon's percipient expert deposition, and
3    WHEREAS, based on conversations with Mr. Shannon, counsel for Fru-Con believes
4  that Mr. Shannon will be available to be deposed in January, 2007.
5    IT IS HEREBY STIPULATED by and between the parties that the percipient expert
6  deposition of Mr. Shannon will take place after January 3, 2007. Subject to Mr. Shannon's
7  health, the parties will commence and conclude his deposition by the discovery cut-off date,
8  January 18, 2007. If Mr. Shannon's health prevents his deposition from being taken prior to
9  January 18, 2007, the parties shall so advise the Court.

11  DATED: November 6, 2006          DIEPENBROCK HARRISON, PC

13                                   By:  /s/ Jennifer L. McCready
                                          Jennifer L. McCready
                                     Attorneys for FRU-CON CONSTRUCTION
14                                   CORPORATION

16  DATED: November 6, 2006          PILLSBURY WINTHROP SHAW PITTMAN, LLP

17                                   By: /s/ John S. Poulos
                                          John S. Poulos
18                                   Attorneys for SACRAMENTO MUNICIPAL
                                     UTILITY DISTRICT
19                                   (electronic signature authorized on November 6, 2006)

21  IT IS SO ORDERED.

22  DATED: November 27, 2006         _____
                                     GREGORY G. HOLLOWS
23                                   UNITED STATES MAGISTRATE JUDGE
                                     GREGORY G. HOLLOWS

STIPULATION AND ORDER RE PERCIPIENT EXPERT DEPOSITION OF SAMUEL D. SHANNON