UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,

        Plaintiff,

   v.

SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,

        Defendants.
_____/

NO. CIV. S-05-583 LKK/GGH

O R D E R

    The court sets the following briefing schedule in the above captioned case:

    1.   Motions shall be filed no later than February 20, 2007.

    2.   Oppositions or statements of non-opposition shall be filed no later than March 6, 2007.

    3.   Replies, if any, shall be filed no later than March 12, 2007.

1

```
1       4.   A hearing on the motions is SET for March 30, 2007 at
2            10:00 a.m. in Courtroom 4.
3  IT IS SO ORDERED.
4  DATED: January 22, 2007.
```

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT