```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


FRU-CON CONSTRUCTION
CORPORATION, a Missouri
corporation,
                                          NO. CIV. S-05-583 LKK/GGH
          Plaintiff,

     v.                                          O R D E R

SACRAMENTO MUNICIPAL UTILITY
DISTRICT, a municipal utility
district; UTILITY ENGINEERING
CORPORATION, a Texas
corporation,

          Defendants.
                                      /
```

On February 23, 2007, a phone conference was held in the above captioned case. In light of the discussion, the court orders as follows:

    1.    Fru Con shall resubmit its motion for summary judgment and/or adjudication. The total number of pages for all points and authorities in support of its motions shall not exceed seventy-five (75) pages. Fru Con shall also

1

|   |   |   |
|---|---|---|
| 1 |   | submit only one statement of undisputed facts, rather |
| 2 |   | than separate statements for each motion.  With respect |
| 3 |   | to courtesy copies, the court requests that all exhibits |
| 4 |   | which are cited to in the briefs and/or the statement of |
| 5 |   | undisputed facts be organized in three ring binders with |
| 6 |   | clearly marked tabs. |
| 7 | 2. | Fru Con shall file their amended motions for summary |
| 8 |   | judgment and/or adjudication, as well as the |
| 9 |   | accompanying documents, no later than March 23, 2007. |
| 10 | 3. | All statements of opposition or of non-opposition shall |
| 11 |   | be filed no later than April 13, 2007.  All opposition |
| 12 |   | briefs shall not exceed seventy-five (75) pages total, |
| 13 |   | per party.  The court requests that courtesy copies of |
| 14 |   | exhibits be organized in three ring binders with clearly |
| 15 |   | marked tabs. |
| 16 | 4. | Reply briefs, if any, shall be filed no later than April |
| 17 |   | 27, 2007 and shall not exceed thirty-five (35) pages |
| 18 |   | total, per party. |
| 19 | 5. | A hearing on Fru Con's motions for summary judgment |
| 20 |   | and/or adjudication is hereby SET for May 25, 2007 at |
| 21 |   | 10:00 a.m. in Courtroom 4. |
| 22 | 6. | A hearing on the two motions for sanctions is SET for |
| 23 |   | April 9, 2007 at 10:00 a.m., on the court's regularly |
| 24 |   | scheduled law and motion calendar.  The court will |
| 25 |   | adjudicate the motions for sanctions first and then turn |
| 26 |   | to the motions for summary judgment and/or adjudication. |

1  7.  SMUD shall inform the court in writing when it has
2      completed service of Fru Con Holding Corporation and
3      Bilfinger Berger.  At that point, the court will set a
4      status conference.  At that status conference, the court
5      will set a schedule for SMUD's motions.
6  8.  All previously set dates are hereby VACATED.
7  IT IS SO ORDERED.
8  DATED: February 23, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3