UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION
CORPORATION, a Missouri
corporation,

        NO. CIV. S-05-583 LKK/GGH

    Plaintiff,

 v.                        O R D E R

SACRAMENTO MUNICIPAL UTILITY
DISTRICT, a municipal utility
district; UTILITY ENGINEERING
CORPORATION, a Texas
corporation,

    Defendants.
                                    /

    Pending on the court's April 9, 2007 law and motion calendar are motions for evidentiary sanctions filed by both SMUD and Fru Con. Although the discovery deadline has passed, these motions pertain directly to discovery and the imposition of sanctions. Pursuant to Local Rule 72-302(c)(1), the matters should be taken up before the magistrate judge assigned to this case. The magistrate judge shall review the motions and issue findings and

1

recommendations.

Accordingly, the court orders as follows:

1. SMUD and Fru Con's motions for sanctions (Doc. No. 342-2 and Doc. No. 337-2) are hereby REFERRED to the magistrate judge assigned to this case.

2. The hearing on the motions, currently set for April 9, 2007, is hereby VACATED.

IT IS SO ORDERED.

DATED: April 2, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT