IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION CORPORATION,

    Plaintiff,   CIV. NO. S-05-0583 LKK GGH

    vs.

SACRAMENTO MUNICIPAL UTILITY DISTRICT, et al,   <u>ORDER</u>

    Defendants.

_____/

    SMUD and Fru-Con have filed sanctions motions which have been referred to the undersigned. A hearing is necessary on these motions.

    Accordingly, IT IS ORDERED that the motions for sanctions filed by SMUD and Fru-Con on February 20, 2007, are set for hearing on April 19, 2007 at 9:00 a.m. (not 10:00 a.m. as is customary) in courtroom #24. The parties are requested to submit courtesy copies of their filings to chambers in accordance with E.D. Local Rule 5-133(f).

DATED: 4/4/07

    /s/ Gregory G. Hollows

    _____
    GREGORY G. HOLLOWS
    U. S. MAGISTRATE JUDGE

GGH:076
Fru-Con583.hrg