1  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
2  980 9th Street, Suite 1700
   Sacramento, CA 95814
3  Telephone:    (916) 553-4000
   Facsimile:    (916) 553-4011
4  E-mail:       kcm@mgslaw.com

5  Attorneys for Counterdefendant
   FRU-CON HOLDING CORPORATION
6

7  SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL
8  ARLEN ORCHARD (SBN 143015)
   STEVEN M. COHN (SBN 88565)
9  6201 "S" Street
   Sacramento, CA 95817
10 Telephone:    (916) 732-5847
   Facsimile:    (916) 732-6581
11
   BRIGHT AND BROWN
12 JAMES S. BRIGHT (SBN 65299)
   MAUREEN J. BRIGHT (SBN 81589)
13 BRIAN L. BECKER (SBN 115431)
   SHARON M. APODACA (SBN 213798)
14 550 North Brand Boulevard, Suite 2100
   Glendale, CA 91203
15 Telephone:    (818) 243-2121
   Facsimile:    (818) 243-3225
16
   PILLSBURY WINTHROP SHAW PITTMAN LLP
17 PHILIP S. WARDEN (SBN 54752)
   JOHN S. POULOS (SBN 154689)
18 CHRISTOPHER R. RODRIGUEZ (SBN 212274)
   400 Capitol Mall, Suite 1700
19 Sacramento, CA 95814-4419
   Telephone: (916) 329-4700
20 Facsimile: (916) 441-3583

21 Attorneys for Defendant and Counterclaimant
   SACRAMENTO MUNICIPAL UTILITY DISTRICT
22

23

24

25

26

27

28

423.01.PLE.stipulation.extend.time.wpd                         1
STIPULATION EXTENDING TIME FOR FRU-CON HOLDING CORP. TO RESPOND TO COUNTERCLAIM

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | EASTERN DISTRICT OF CALIFORNIA | |

FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,

    Plaintiff,

v.

SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,

    Defendants.

AND RELATED COUNTER-CLAIMS

CASE NO. 05-CV-00583 LKK GGH

**STIPULATION EXTENDING TIME FOR COUNTERDEFENDANT FRU-CON HOLDING CORPORATION TO RESPOND TO FIRST AMENDED COUNTERCLAIM;**

**ORDER EXTENDING TIME FOR COUNTERDEFENDANT FRU-CON HOLDING CORPORATION TO RESPOND TO FIRST AMENDED COUNTERCLAIM**

Pursuant to Local Rules 83-143 (addressing "Stipulations") and 6-144 (addressing "Extending and Shortening Time"), Counterclaimant Sacramento Municipal Utility District (the "District") and Counterdefendant Fru-Con Holding Corporation ("FCHC") respectfully submit the following stipulation.

**Recitals**

Whereas, this action was filed in March 2005;

Whereas, the Court granted the District leave to file a First Amended Counterclaim and the District filed its First Amended Counterclaim on December 22, 2006;

Whereas, the District served its First Amended Counterclaim on FCHC on or about March 19, 2007; and

Whereas, FCHC has requested a 90-day extension of time to respond to the District's First Amended Counterclaim, and the District is willing to grant that requested extension;

**Stipulation**

The parties, by and through their counsel, stipulate and agree as follows:

1.    The time in which FCHC must respond to the District's First Amended Counterclaim shall be extended from April 9, 2007, to July 9, 2007 (i.e., a 90-day extension);

2. There have not been any prior extensions of time for FCHC's response to the District's First Amended Counterclaim (*see* Local Rule 6-144(b)); and

3. This stipulation does not constitute a general appearance or submission to jurisdiction by FCHC, and is without prejudice to any of FCHC's defenses, including but not limited to its right to contest personal jurisdiction or raise any other defenses under Rules 8, 9, or 12 of the Federal Rules of Civil Procedure.

Dated: April 6, 2007  
MENNEMEIER, GLASSMAN & STROUD LLP  
KENNETH C. MENNEMEIER

By: /s/ Kenneth C. Mennemeier  
Kenneth C. Mennemeier, Attorneys for Counterdefendant FRU-CON HOLDING CORPORATION

Dated: April 5, 2007  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
JOHN S. POULOS

By: /s/ John S. Poulos  
John S. Poulos, Attorneys for Counterclaimant SACRAMENTO MUNICIPAL UTILITY DISTRICT  
(As authorized by Counsel on April 5, 2007)

**ORDER**

IT IS SO ORDERED.

DATED: April 10, 2007.

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT