1. SACRAMENTO MUNICIPAL UTILITY DISTRICT
   OFFICE OF GENERAL COUNSEL
2. ARLEN ORCHARD (State Bar No. 143015)
   STEVEN M. COHN (State Bar No. 88565)
3. 6201 "S" Street
   Sacramento, CA 95817
4. Telephone: (916) 732-5847
   Facsimile: (916) 732-6581
5. 
6. BRIGHT AND BROWN
   JAMES S. BRIGHT (State Bar No. 65299)
   MAUREEN J. BRIGHT (State Bar No. 81589)
7. BRIAN L. BECKER (State Bar No. 115431)
   SHARON M. APODACA (State Bar No. 213798)
8. 550 North Brand Boulevard, Suite 2100
   Glendale, CA 91203
9. Telephone: (818) 243-2121
   Facsimile: (818) 243-3225
10. 
11. PILLSBURY WINTHROP SHAW PITTMAN LLP
    PHILIP S. WARDEN (State Bar No. 54752)
    JOHN S. POULOS (State Bar No. 154689)
12. CHRISTOPHER R. RODRIGUEZ (State Bar No. 212274)
    400 Capitol Mall, Suite 1700
13. Sacramento, California 95814-4419
    Telephone: (916) 329-4700
14. Facsimile: (916) 441-3583
15. Attorneys for Defendant and Counterclaimant
    SACRAMENTO MUNICIPAL UTILITY DISTRICT
16. 
    DIEPENBROCK HARRISON
17. EILEEN M. DIEPENBROCK (State Bar No. 119254)
    JENNIFER L. McCREADY (State Bar No. 179262)
18. 400 Capitol Mall, Suite 1800
    Sacramento, California 95814
19. Telephone: (916) 492-5000
    Facsimile: (916) 446-4535
20. 
    Attorneys for Plaintiff and Counterdefendant
21. FRU-CON CONSTRUCTION CORPORATION and
    Counterdefendant A. TEICHERT & SON, INC.
22. 
    MOORE & LEE, LLP
23. ROBERT M. MOORE
    CHARLIE C.H. LEE
24. ROBERT D. WINDUS
    1750 Tysons Blvd., Suite 1450
25. McLean, Virginia 22102
    Telephone: (703) 506-2050
26. Facsimile: (703) 506-2051
27. Attorneys for Plaintiffs and Counterdefendants
    FRU-CON CONSTRUCTION CORPORATION and
28. TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and
    Counterdefendant A. TEICHERT & SON, INC.

600282268v1                             1

**STIPULATION TO DISMISS WITH PREJUDICE CERTAIN CLAIMS AND [PROP.] ORDER THEREON** ,
Case No. 2:05-CV-0583-LKK/GGH

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P. |
| | ROBERT C. NIESLEY (State Bar No. 131373) |
| 2 | BENNETT J. LEE (State Bar No. 230482) |
| | MICHAEL R. GANDEE (State Bar No. 167032) |
| 3 | Citigroup Center |
| | One Sansome Street, Suite 1050 |
| 4 | San Francisco, California 94104 |
| | Telephone:  (415) 623-7000 |
| 5 | Facsimile:  (415) 623-7001 |
| 6 | Attorneys for Plaintiffs and Counterdefendants |
| | FRU-CON CONSTRUCTION CORPORATION and |
| 7 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation, | Case No. 2:05-CV-0583-LKK/GGH |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE CERTAIN CLAIMS AND TO WITHDRAW SANCTIONS MOTIONS; ORDER THEREON** |
| v. | |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

Plaintiff and counterdefendant Fru-Con Construction Corporation ("Fru-Con"), counterdefendant A. Teichert & Son, Inc. ("Teichert"), and defendant and counterclaimant Sacramento Municipal Utility District (the "District"), collectively referred to herein as the "Parties," stipulate and agree as follows:

A.   Fru-Con filed a Complaint in this action on March 24, 2005 ("Complaint").

PDF created with pdfFactory trial version www.pdffactory.com

B. Count II of Fru-Con's Complaint purports to allege a claim against the District for Breach of the Implied Covenant of Good Faith and Fair Dealing.

C. Count III of Fru-Con's Complaint purports to allege a claim against the District for Breach of an Implied Warranty of Correctness of the Plans and Specifications.

D. Count V of Fru-Con's Complaint purports to allege a claim against the District for Complaint for Construction Work, Labor, and Materials – Reasonable Value.

E. Count VI of Fru-Con's Complaint purports to allege a claim against the District for Breach of a Statutory Duty to Make Prompt Payment.

F. The District filed its First Amended Counterclaim in this matter on December 22, 2006 ("Counterclaim").

G. The Fourth Claim of the District's Counterclaim purports to allege a claim against Fru-Con, Bilfinger Berger SA, Fru-Con Holding Corporation, and Teichert for Negligence.

H. The Fifth Claim of the District's Counterclaim purports to allege a claim against Fru-Con, Bilfinger Berger SA, Fru-Con Holding Corporation, and Teichert for Equitable Indemnity.

I. The parties have reached an agreement under which they will dismiss their respective causes of action described above with prejudice, based on the specific agreement set forth below.

J. In addition, the District and Fru-Con each filed motions against the other seeking sanctions for alleged destruction of evidence and other issues. The District filed a motion titled "Sacramento Municipal Utility District's Motion for Sanctions Re Document Destruction" in this action on February 20, 2007. Fru-Con also filed a motion titled "Fru-Con Construction Corporation's Motion for Sanctions" in this action on February 20, 2007. Collectively the above motions are referred to herein as the "Sanctions Motions."

K. The Court previously referred the Sanctions Motions to the Honorable Gregory Hollows for consideration.

L. The parties respectfully request that the Court accept the Parties' stipulation and enter it as a Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties as follows:

1. Fru-Con hereby dismisses its Count II for breach of the implied covenant of good faith

PDF created with pdfFactory trial version www.pdffactory.com

and fair dealing, Count III for breach of an implied warranty of correctness of the plans and specifications, Count V for complaint for construction work, labor, and materials – reasonable value, and Count VI for breach of a statutory duty to make prompt payment against the District, all of which are dismissed with prejudice.

2. Fru-Con's dismissal with prejudice of its Count II and Count III as set forth in paragraph 1 above shall not preclude Fru-Con from (a) asserting as part of its Count I for breach of contract that the District breached the implied covenant of good faith and fair dealing, and (b) asserting as part of its Count I for breach of contract that the District breached an implied warranty of the correctness of the plans and specifications. Likewise, the District retains all defenses and its right to contest the applicability of any such theories to this case and Fru-Con's breach of contract claim against the District.

3. The District hereby dismisses its fourth claim for negligence and fifth claim for equitable indemnity against Fru-Con, Fru-Con Holding Corporation, Bilfinger Berger, and Teichert with prejudice.

4. The District's dismissal with prejudice of its fourth claim for negligence shall not preclude the District from asserting that Fru-Con, Fru-Con Holding Corporation, and Bilfinger Berger SA breached the contract between the District and Fru-Con by exceeding the boundaries for grading the south laydown area of the project in violation of the applicable "404 Permit." Likewise, Fru-Con retains all defenses and its right to contest that Fru-Con breached the contract in any way relating to grading the south laydown area of the project.

5. Fru-Con and the District agree that the Sanctions Motions have been resolved by agreement between the parties, and each party hereby withdraws its respective motion with prejudice. Notwithstanding the above, neither Fru-Con nor the District waive any right to object to documents or testimony at trial on any ground whatsoever.

6. Teichert and the District each agree to bear their own fees and costs of suit and waive any claim against the other for fees and costs herein incurred in connection with the District's fourth claim for negligence and fifth claim for equitable indemnity and the dismissal of those claims, with prejudice, pursuant to this stipulation.

PDF created with pdfFactory trial version www.pdffactory.com

7. Fru-Con's Motion for Partial Summary Judgment on the Issue of Wrongful Termination, Fru-Con's Motion for Partial Summary Judgment on Count III of the District's Amended Counterclaim on the Issue of False Claims, and Fru-Con's Motion for Partial Summary Judgment on the District's Claim for Monies Purportedly Paid to Dick Corporation are NOT affected by this Stipulation and Order, and such motions shall remain on calendar for oral argument on May 25, 2007 pursuant to the Court's Order of February 23, 2007.

Dated: April ____, 2007   SACRAMENTO MUNICIPAL UTILITY DISTRICT
OFFICE OF GENERAL COUNSEL

BRIGHT AND BROWN

PILLSBURY WINTHROP SHAW PITTMAN LLP


By: _____/s/ John S. Poulos_____
Pillsbury Winthrop Shaw Pittman LLP
Attorneys for Defendant and Counterclaimant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

Dated: April _____, 2007   DIEPENBROCK HARRISON

MOORE & LEE, LLP

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.


By: _____/s/ Charlie C.H. Lee_____
Moore & Lee, LLP
Attorneys for Plaintiffs and Counterdefendants
FRU-CON CONSTRUCTION CORPORATION and
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA and
Counterdefendant A. TEICHERT & SON, INC.

IT IS SO ORDERED.

**Dated: April 24, 2007.**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com