UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,

       Plaintiff,

  v.

SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,

       Defendants.
_____/

NO. CIV. S-05-583 LKK/GGH

O R D E R

    A status conference is hereby SET for September 17, 2007 at 3:00 p.m.

    IT IS SO ORDERED.

    DATED: August 27, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1