UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION
CORPORATION, a Missouri
corporation,

        NO. CIV. S-05-583 LKK/GGH

    Plaintiff,

  v.                                O R D E R

SACRAMENTO MUNICIPAL UTILITY
DISTRICT, a municipal utility
district; UTILITY ENGINEERING
CORPORATION, a Texas
corporation,

    Defendants.
                                   /

    On September 17, 2007, a status conference was held in chambers. CHARLIE C.H. LEE and EILEEN M. DIEPENBROCK appeared on behalf of the plaintiff; BRIAN L. BECKER and JOHN S. POULOS appeared on behalf of defendant SMUD. After hearing, the court orders as follows:

    The parties shall bring on motions for summary judgment, to be filed not later than November 17, 2007, responses to be filed

1

1  not later than December 3, 2007 and replies to be filed not later
2  than December 11, 2007.  A hearing on the motions is set for
3  January 14, 2008 at 10:00 a.m.
4      A further status conference to set dates for trial is
5  scheduled for February 25, 2008 at 2:00 p.m.
6      IT IS SO ORDERED.
7      DATED: September 18, 2007.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2