UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION
CORPORATION, a Missouri
corporation,

            NO. CIV. S-05-583 LKK/GGH

        Plaintiff,

   v.                         O R D E R

SACRAMENTO MUNICIPAL UTILITY
DISTRICT, a municipal utility
district; UTILITY ENGINEERING
CORPORATION, a Texas
corporation,

        Defendants.
                               /

    The court is in receipt of Fru-Con's request to modify the briefing schedule.  The court is also in receipt of SMUD's request for clarification on whether, if Travelers files a motion for summary judgment, that motion may only raise issues unique to Travelers, or if it may address arguments that Fru-Con has against SMUD, or that SMUD has against Fru-Con.

    The court orders as follows:

1

1.  Motions for summary judgment shall be filed by Friday, November 16, 2007.

2.  Opposition briefs shall be filed by Friday, December 7, 2007.

3.  Reply briefs shall be filed by Friday, December 21, 2007.

4.  Motions shall be argued on January 28, 2008 at 10:00 a.m.

5.  Travelers may file a motion for summary judgment in accordance with the above briefing schedule, but the court will look disfavorably upon any effort to circumvent briefing limits. To the extent that Travelers addresses arguments that Fru-Con has against SMUD, or that SMUD has against Fru-Con, this will be counted against Fru-Con's 75 page limit.

IT IS SO ORDERED.

DATED: September 25, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2