EILEEN M. DIEPENBROCK (CA Bar No. 119254)
JENNIFER L. DAUER (CA Bar No. 179262)
DIEPENBROCK HARRISON, a Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

ROBERT M. MOORE (VA Bar No. 22455)
CHARLIE C.H. LEE (VA Bar No. 30410)
ROBERT D. WINDUS (DC Bar No. 436660)
MOORE & LEE, LLP
Attorneys at Law
1750 Tysons Blvd., Suite 1450
McLean, VA 22102
Telephone: (703) 506-2050
Facsimile: (703) 506-2051

ROBERT C. NIESLEY (CA Bar No. 131373)
BENNETT J. LEE (CA Bar No. 230482)
MICHAEL R. GANDEE (CA Bar No. 167032)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Citigroup Center
One Sansome Street, Suite 1050
San Francisco, CA 94104
Telephone: (415) 623-7000
Facsimile: (415) 623-7001

Attorneys For Plaintiff and Counterclaim-Defendant
Travelers Casualty and Surety Company of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,<br><br>　　　　　Defendants.<br><br>AND ALL CONSOLIDATED ACTIONS. | CASE NO. 2:05-CV-00583 LKK GGH<br>Consolidated with 2:05-CV-01961 LKK/GGH<br><br>**ORDER GRANTING TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S EX PARTE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SMUD'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUMMARY ADJUDICATION** |

1  Having read and considered Travelers' Motion, the supporting Memoranda of Points and
2  Authorities, and the supporting declarations,
3  IT IS HEREBY ORDERED THAT:
4  1.  Travelers' Motion is **GRANTED**.
5  2.  Travelers shall be granted leave to file a Sur-Reply in connection with SMUD's MSJ.
6  Travelers' Sur-Reply and the supporting Declaration of Bennett Lee that are attached as Exhibits "A" and
7  "B," respectively, to Travelers' Motion shall be deemed filed and served on all parties as of the date of
8  this Order.
9  **IT IS SO ORDERED.**

11  Dated:   January 9, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT