UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION
CORPORATION, a Missouri
corporation,

        Plaintiff,

   v.

SACRAMENTO MUNICIPAL UTILITY
DISTRICT, a municipal utility
district; UTILITY ENGINEERING
CORPORATION, a Texas
corporation,

        Defendants.

NO. CIV. S-05-583 LKK/GGH

O R D E R

Pending before the court are SMUD's motions for partial summary judgment against Fru-Con and Travelers Insurance. In its motion against Fru-Con, SMUD asserts that termination of Fru-Con was proper under General Condition 36 of the construction contract due to Fru-Con's failure to replace defective concrete in "Section C" of the construction foundation, which SMUD had rejected under General Condition 24. In reviewing the construction contract,

1

however, the court observes that Special Condition 35 provides that Fru-Con was prohibited from deviating from the Design Engineer's specifications. The court questions, therefore, whether such a deviation itself could permit Fru-Con's termination under General Condition 36. In other words, could Fru-Con be terminated under General Condition 36 simply for violating Special Condition 35? Or is the contract written so that if Fru-Con violated Special Condition 35, SMUD's only recourse was to reject the work under General Condition 24 and that, at that point, if Fru-Con failed to replace the rejected work SMUD could terminate Fru-Con under General Condition 36?

To facilitate the court's resolution of this issue, it requests supplemental briefing. The court ORDERS:

1. SMUD and Fru-Con are ORDERED to file supplemental briefs, no longer than 10 pages in length, addressing the issue set forth above;

2. SMUD's brief is to be filed no later than 15 days from the date of this order;

3. Fru-Con's brief is to be filed no later than 15 days from the date of SMUD's filing of its brief.

IT IS SO ORDERED.

DATED: February 19, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2