UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,

          Plaintiff,

    v.

SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,

          Defendants.
_____/

NO. CIV. S-05-583 LKK/GGH

O R D E R

A status conference was held in chambers on May 12, 2008. After hearing, the court orders as follows:

    1.  A further status conference is set for February 9, 2009 at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 13, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT