UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRU-CON CONSTRUCTION CORPORATION, a Missouri corporation,

        Plaintiff,

    v.

SACRAMENTO MUNICIPAL UTILITY DISTRICT, a municipal utility district; UTILITY ENGINEERING CORPORATION, a Texas corporation,

        Defendants.
_____/

NO. CIV. S-05-583 LKK/GGH

O R D E R

    A status conference in this case is currently scheduled for June 8, 2009. This conference is CONTINUED to August 24, 2009 at 3:30 p.m.

    IT IS SO ORDERED.

    DATED: June 3, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1